UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:19-cv-21551-CMA

Euclid Fish Company, on behalf of itself and all others similarly situated,

  *Plaintiff,*

              v.

Mowi ASA (fka Marine Harvest ASA), Marine Harvest USA, LLC, Marine Harvest Canada, Inc., Ducktrap River of Maine LLC, Grieg Seafood ASA, Grieg Seafood BC Ltd., Bremnes Seashore AS, Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood Group ASA, Leroy Seafood USA Inc., and Scottish Sea Farms Ltd.,

  *Defendants*.

_____ /

**NOTICE OF STRIKING RETURN OF SERVICE (DE # 14)**

Pursuant to the direction of the Clerk of Court for the Southern District of Florida, the undersigned strikes the Return of Service on Mowi ASA filed May 7, 2019 (**DE # 14**), due to a clerical error, and will refile a corrected version forthwith.

                                Respectfully submitted,

                                */s/ Robert C. Gilbert*
                                Robert C. Gilbert, FBN 561861
                                **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
                                2800 Ponce de Leon Boulevard
                                Suite 1100
                                Coral Gables, FL 33134
                                Tel: 305/384-7269
                                *gilbert@kolawyers.com*
                                *Robert@gilbertpa.com*

                                *Counsel for Plaintiff and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861
