UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19- 21551-CV-ALTONAGA
CASE NO. 19- 21652-CV-ALTONAGA

**EUCLID FISH COMPANY**,

    Plaintiff,

v.

**MOWI ASA**, *et al.*,

    Defendants.
_____/

**SCHNEIDER'S FISH AND
SEA FOOD CORP.**,

    Plaintiff,

v.

**MOWI ASA**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a May 9, 2019 Status Conference regarding consolidation and case management issues. (*See Euclid v. Mowi ASA, et al.*, 2019-cv-21551 [ECF No. 26]; *Schneider's Fish & Sea Food Corp. v. Mowi ASA, et al.*, 2019-cv-21652 [ECF No. 14]).[1]

Plaintiff Euclid Fish Company filed the first direct purchaser antitrust class action in this Court on April 23, 2019, alleging violations of Sections 1 and 3 of the Sherman Act, 15 U.S.C. §§ 1, 3, arising from the sale of farm-raised salmon and salmon products derived therefrom. (*See*

---

[1] References to docket entries in the *Euclid* case are denoted with "Euclid ECF No." and references to docket entries in the *Schneider's* case are denoted with "Schneider's ECF No."

*generally* Complaint [Euclid ECF No. 1]). Plaintiff Schneider's Fish and Sea Food Corp. filed the second direct purchaser antitrust class action in this Court on April 29, 2019, alleging substantially similar violations of Sections 1 and 3 of the Sherman Act, 15 U.S.C. §§ 1, 3, arising from the sale of farm-raised salmon and salmon products derived therefrom. (*See generally* Complaint [Schneider's ECF No. 1]).

On May 9, 2019, the Court convened a status conference to discuss consolidation and case management issues with counsel for Plaintiffs.[2] (*See* [Euclid ECF No. 26]; [Schneider's ECF No. 14]). Counsel for Plaintiffs agree that the above-captioned cases, as well as all subsequently-filed related actions involving substantially similar allegations, should be consolidated. If additional plaintiffs file related direct purchaser class actions involving substantially similar allegations in this Court that are assigned and/or transferred to the undersigned, consolidation and coordination of such additional actions will further promote the efficient disposition of the claims raised. In light of the above, the above-captioned actions are also appropriately considered for the Complex Track provided for in Local Rule 16.1.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-captioned actions are hereby consolidated for all further proceedings under Case No. 19-21551-CIV-ALTONAGA as the lead case (the "Consolidated Action"). The deadlines for any Defendant served with the summons and complaints to submit responses are hereby **STAYED** pending the filing of a consolidated class Action complaint.

2. All pleadings and papers filed after this date in the Consolidated Action must bear the following case number: 19-21551-CIV-ALTONAGA

---

[2] A third action was pending before the Court at the time the status conference was scheduled, *Bagels & Baguette v. Mowi ASA, et al.*, Case No. 19-21579-CV-ALTONAGA (S.D. Fla. 2019). On May 3, 2019, the plaintiff in that action filed a notice of voluntary dismissal.

Case Nos. 19-21551-CIV-ALTONAGA
 19-21652-CIV-ALTONAGA

3. This Order shall apply as specified to the Consolidated Action.

4. A Master File Docket number is hereby established for the Consolidated Action. The Master Docket number shall be 19-21551-CIV-ALTONAGA. One docket will be maintained for the Consolidated Action with all entries to be docketed under the lead case number 19-21551-CIV-ALTONAGA.

5. The Clerk is directed to **FILE** this Order in the following cases:

    a. 19-21551-CIV-ALTONAGA

    b. 19-21652-CIV-ALTONAGA

6. Every document filed hereafter in the Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MASTER DOCKET NO. 19-21551-CIV-ALTONAGA**

**IN RE FARM-RAISED SALMON**
**AND SALMON PRODUCTS**
**ANTITRUST LITIGATION**
_____/

7. The Clerk is directed to **CHANGE** the style in the civil docket of the Consolidated Action from Euclid Fish Company, *et al.*, to **In re Farm-Raised Salmon and Salmon Products Antitrust Litigation**.

8. If an action that arises out of the same subject matter as *In re: Farm-Raised Salmon and Salmon Products Litigation* is hereafter filed in this Court or transferred to this Court from another court (a "Subsequent Action"), the Court will direct the Clerk to:

    a. file a copy of this Order in the separate file for such action;

Case Nos. 19-21551-CIV-ALTONAGA
19-21652-CIV-ALTONAGA

      b.      make the appropriate entry in the Master Docket for *In re: Farm-Raised Salmon and Salmon Products Litigation*, Master Docket No. 19-21551.

      9.      Each Subsequent Action shall be consolidated with *In re: Farm-Raised Salmon and Salmon Products Litigation* and this Order shall apply to the Subsequent Action unless a party timely objects to consolidation or to any provision of this Order. Any such objection shall be made within ten (10) days after the date upon which this Order is filed in such Subsequent Action by filing an application for relief with the Court.

      10.      The Court requests the assistance of counsel in calling to the attention of the Court the filing of any Subsequent Action that might properly be consolidated or coordinated as part of *In re: Farm-Raised Salmon and Salmon Products Litigation*, Master Docket No. 19-21551-CIV-ALTONAGA.

**DONE AND ORDERED** in Miami, Florida, this 10th day of May, 2019.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record