# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:19-CV-21652-CMA

Plaintiff:
**SCHNEIDER'S FISH AND SEA FOOD CORP., et. al.**

vs.

Defendant:
**MOWI ASA (FKA MARINE HARVEST ASA), et. al.**

For:
The Moskowitz Law Firm
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by Majic City Process Service, LLC on the 9th day of May, 2019 at 5:20 pm to be served on **OCEAN QUALITY PREMIUM BRANDS, INC. C/O RA, 1209 ORANGE STREET, WILMINGTON, DE 19801.**

I, Ramona Talvacchio, being duly sworn, depose and say that on the **10th day of May, 2019 at 1:03 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Amy McLaren** as Corporate Operations Manager for OCEAN QUALITY PREMIUM BRANDS, INC. C/O RA, at the address of: **1209 Orange Street, Wilmington, DE 19801**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 37, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the 11th Judicial circuit in and for Miami-Dade County, FL. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

Subscribed and Sworn to before me on the 13th day of May, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Ramona Talvacchio**
Process Server

Majic City Process Service, LLC
1825 PONCE DE LEON BLVD #283
CORAL GABLES, FL 33134
(786) 539-7227

Our Job Serial Number: MGS-2019001061

Copyright © 1992-2019 Database Services, Inc - Process Server's Toolbox V8.1c

JOSEPH TALVACCHIO JR
Notary Public
State of Delaware
My Commission Expires on Jun 2, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

19-1001

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

Schneider's Fish and Sea Food Corp., et al.

*Plaintiff(s)*

v.    Civil Action No. 1:19-cv-21652-CMA

Mowi ASA (fka Marine Harvest ASA), et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ocean Quality Premium Brands, Inc.
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE. 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 9, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre

Deputy Clerk
U.S. District Courts