## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:19-CV-21652-CMA

Plaintiff:
**SCHNEIDER'S FISH AND SEA FOOD CORP., et. al.**

vs.

Defendant:
**MOWI ASA (FKA MARINE HARVEST ASA), et. al.**

For:
The Moskowitz Law Firm
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by Majic City Process Service, LLC on the 10th day of May, 2019 at 3:40 pm to be served on **LEROY SEAFOOD USA, INC. C/O RA SCOTT CORWIN DRAKE, 1289 FORDHAM BLVD STE 406, CHAPEL HILL, NC 27514.**

I, JEFFREY MERRITT, being duly sworn, depose and say that on the **16th day of May, 2019 at 11:55 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **SAM JENSEN** as **STORE ASSOCIATE** for **LEROY SEAFOOD USA, INC. C/O RA**, at the address of: **1289 FORDHAM BLVD., STE 406, CHAPELL HILL, NC 27514**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: WHITE, Height: 6'5", Weight: 210, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the 11th Judicial circuit in and for Miami-Dade County, FL. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

Subscribed and Sworn to before me on the 16th day of May, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**JEFFREY MERRITT**
Process Server

**Majic City Process Service, LLC**
**1825 PONCE DE LEON BLVD #283**
**CORAL GABLES, FL 33134**
**(786) 539-7227**

Our Job Serial Number: MGS-2019001063

ABIGAIL E. FOY
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 2-23-2021.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

D+1063

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Schneider's Fish and Sea Food Corp., et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Mowi ASA (fka Marine Harvest ASA), et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:19-cv-21652-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Leroy Seafood USA, Inc.
c/o Registered Agent
Scott Corwin Drake
1289 Fordham Blvd., Ste 406
Chapel Hill, NC.  27514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   05/07/2019   _____



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court