UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 19-22011-CIV-ALTONAGA/Goodman
19-21551-CIV-ALTONAGA/Goodman

**THE FISHING LINE LLC**,

    Plaintiff,

v.

**MOWI ASA**, *et al.*,

    Defendants.

_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** came before the Court *sua sponte*. On May 20, 2019, the Honorable Marcia G. Cooke entered an Order Transferring Case [ECF No. 5], transferring to the undersigned case number 19-22011-CIV, as a case related to the case number 19-21551-CIV. (*See* Order of Transfer). Good cause appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort. Accordingly, it is

**ORDERED AND ADJUDGED** that the above-styled cases are consolidated as follows:

1. The Clerk of the Court is instructed to **CLOSE Case No. 19-22011-CIV-ALTONAGA/Goodman** for administrative purposes only.

2. All future filings in this case shall be made under **Case No. 19-21551-CIV-ALTONAGA/Goodman**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record