UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21551-CIV-ALTONAGA/Goodman

In re:

**FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION**
_____/

## ORDER

**THIS CAUSE** came before the Court at a May 22, 2019 status conference [ECF No. 60] regarding case management issues. The parties discussed the briefing schedule and procedure for appointment of lead class counsel under Federal Rule of Civil Procedure 23(g)(2). For the reasons stated in open court and to better manage the orderly progress of the case, it is

**ORDERED** as follows:

1. If the parties reach an agreement regarding lead class counsel, they will file a single motion to appoint lead class counsel, accompanied by a proposed litigation structure plan, by **May 31, 2019**.

2. If the parties fail to reach an agreement, they will proceed as follows:

   a. A party seeking to be appointed lead counsel shall submit its application (**10 pages maximum**) by **12:00 p.m. on May 31, 2019** to attorney **Robert C. Gilbert** of the law firm Kopelowitz Ostrow Ferguson Weiselberg Gilbert, who will consolidate all applications in one single filing to be submitted to the Court that same day. As explained, only *one application per case* is permitted.

CASE NO. 19-21551-CIV-ALTONAGA

      b.    Each applicant shall individually submit its supporting exhibits by separately filing them on the docket. The exhibits shall be properly labeled and identified on the Court's electronic case management system.

      c.    No response memoranda to the consolidated leadership applications are permitted.

3.    Following the Court's resolution of this issue and appointment of leadership counsel, the Court will set a status conference to address the filing of a consolidated class action complaint and the progress of the case.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record