UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MASTER DOCKET NO. 19- 21551-CV-ALTONAGA

IN RE FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION,
_____/

## PLAINTIFFS' STATUS REPORT

Plaintiffs submit this status report pursuant to the Order dated June 6, 2019 [ECF No. 100]:[1]

### I.     Status of Service of Process on Each Defendant

All Defendants named in the *Euclid Fish Company* complaint and amended complaint, and most Defendants named in the *Schneider's Fish and Sea Food Corp.* complaint, have been served personally or via alternative service on the Norwegian Defendants pursuant to this Court's Order dated May 14, 2019 [ECF No. 29]. *See* Declaration of Robert C. Gilbert attached as Exhibit A. Defendants named in the complaints filed by *Beacon Fisheries Inc.*, *Cape Florida Seafood*, *Hesh's Seafood* and *The Fishing Line LLC* have not been served. *Id*. Defendants named in those complaints are also named in the pleadings filed by *Euclid Fish Company* and *Schneider's Fish and Sea Food Corp.* with two exceptions: Grieg Seafood Rogaland AS and Grieg Seafood Finnmark AS, named only in the *Beacon Fisheries*' complaint. *Id*. In the event these two additional Defendants are named in the Consolidated Amended Complaint, Plaintiffs will seek

---

[1] In addition to the direct purchaser cases consolidated before this Court, Plaintiffs are aware of one indirect purchaser case pending in the Southern District of Florida, *Wood Mountain Fish LLC v. Mowi ASA et al*, Case No. 1:19-cv-22128-UU, filed May 24, 2019. On June 3, 2019, Plaintiffs filed a Notice of Related or Similar Action to apprise the Court of the existence of this Subsequent Action [ECF No. 96]. Plaintiff in *Wood Mountain* filed a Notice of Pending, Refiled, Related or Similar Actions and Motion to Transfer and Coordinate with Related Consolidated Class Actions [ECF No. 8 in Case No. 1:19-cv-22128-UU]. On June 4, 2019, Judge Ungaro denied that motion without prejudice stating, in part, that "Judge Altonaga has not indicated a willingness to accept the transfer" [ECF No. 14 in Case No. 1:19-cv-22128-UU].

authorization to serve these additional Norwegian Defendants via alternative service pursuant to this Court's Order dated May 14, 2019.

## II.     Proposed Deadline for Filing Consolidated Class Action Complaint

Plaintiffs propose to file the Consolidated Class Action Complaint sixty (60) days following entry of an Order authorizing them to do so.  Upon direction from the Court, Plaintiffs' counsel are prepared to confer with counsel for Defendants regarding a proposed schedule for filing responsive motions, oppositions and replies and will file a proposed schedule for the Court's consideration.

Respectfully submitted,

By: */s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861
Daniel E. Tropin, FBN 100424
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7269
*gilbert@kolawyers.com*
*tropin@kolawyers.com*

*Plaintiffs' Liaison Counsel*

Peter Prieto, FBN 501492
John Gravante, III, FBN 617113
Matthew P. Weinshall, FBN 84783
Alissa Del Riego, FBN 99742
**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
*pprieto@podhurst.com*
*jgravante@podhurst.com*
*mweinshall@podhurst.com*
*adelriego@podhurst.com*

Michael P. Lehmann (*pro hac vice*)
Christopher L. Lebsock (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
*mlehmann@hausfeld.com*
*clebsock@hausfeld.com*

- and -

Reena A. Gambhir (*pro hac vice*)
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington D.C. 20006
Tel: (202) 540-7200
*rgambhir@hausfeld.com*

*Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| Kimberly A. Justice, (*pro hac vice*)<br>**FREED KANNER LONDON<br> & MILLEN, LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 234-6487<br>*kjustice@fklmlaw.com*<br><br>Steven A. Kanner, (*pro hac vice*)<br>Douglas A. Millen, (*pro hac vice*)<br>Brian M. Hogan, (*pro hac vice*)<br>**FREED KANNER LONDON<br> & MILLEN, LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: (224) 632-4500<br>*skanner@fklmlaw.com*<br>*dmillen@fklmlaw.com*<br>*bhogan@fklmlaw.com*<br><br>Allan Steyer (*pro hac vice*)<br>Jill M. Manning (*pro hac vice*)<br>D. Scott Macrae (*pro hac vice*)<br>**STEYER LOWENTHAL<br>BOODROOKAS ALVAREZ<br> & SMITH, LLP**<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: (415) 421-3400<br>*asteyer@steyerlaw.com*<br>*jmanning@steyerlaw.com*<br>*smacrae@steyerlaw.com* | Ronald J. Aranoff (*pro hac vice*)<br>Ryan J. Keenan (*pro hac vice*)<br>Scott C. Ferrier (*pro hac vice*)<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10110<br>Tel: (212) 382-3300<br>*raranoff@wmd-law.com*<br>*rkeenan@wmd-law.com*<br>*sferrier@wmd-law.com*<br><br>Gregory P. Hansel, FBN 607101<br>Randall B. Weill (*pro hac vice*)<br>Michael S. Smith (*pro hac vice*)<br>**PRETI, FLAHERTY, BELIVEAU<br> & PACHIOS, LLP**<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>Tel: (207) 791-3000<br>*ghansel@preti.com*<br>*rweill@preti.com*<br>*msmith@preti.com* |

*Plaintiffs' Executive Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861