# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MASTER DOCKET NO. 19- 21551-CV-ALTONAGA

IN RE FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION,
_____/

**DECLARATION OF ROBERT C. GILBERT**

I, Robert C. Gilbert, declare as follows:

1. I submit this declaration in connection with the accompanying Status Report updating the Court on the status of service of process on each Defendant in the member cases.

2. Each Defendant named in the complaint and amended complaint filed by *Euclid Fish Company* has been personally served, or served via alternative service for the Norwegian Defendants pursuant to this Court's Order dated May 14, 2019 [ECF No. 29] (the "Order"), as follows:

   a. Personal service was effectuated on Marine Harvest USA n/k/a Mowi USA, LLC [ECF No. 11]; Ocean Quality USA, Inc. [ECF No. 12]; Ocean Quality Premium Brands, Inc. [ECF No. 13]; Ducktrap River of Maine, LLC [ECF No. 20]; Leroy Seafood USA, Inc. [ECF No. 24]; Scottish Sea Farms Ltd. [ECF No. 98]; Ocean Quality North America, Inc. [ECF No. 102]; Greig Seafood BC Ltd.; and Marine Harvest Canada, Inc.;[1] and

   b. Alternative service was effectuated on the Norwegian Defendants pursuant

---

[1] Service was effectuated on Greig Seafood BC Ltd. and Marine Harvest Canada, Inc., however, the process server has yet to return the affidavit(s) of service for filing.

to the Order via (1) the e-mail addresses provided by that Defendant (i) as part of the data related to its online marketing, advertising, sales and website, including customer service e-mail address and onsite contact form; or (ii) via its sales agents in the United States listed on the website for each domain name as follows:

i. Ocean Quality AS, was served by e-mail at dennis.bryant@oceanquality.com, jo@oceanquality.com and ak@oceanquality.com, and in person on its sales agent in the United States by serving the registered agent for Ocean Quality USA, Inc. and Dennis Bryant, General Manager, individually;

ii. Bremnes Seashore AS was served by e-mail at einar@seashore.no and bremnes@seashore.no, and in person on its sales agent in the United States by serving the registered agent for Ocean Quality USA, Inc.;

iii. Grieg Seafood ASA was served by e-mail at info@griegseafood.com and atle.harald.sandtorv@griegseafood.com, and in person on its sales agent in the United States by serving the registered agent for Ocean Quality USA, Inc.;

iv. Leroy Seafood Group ASA was served by e-mail at post@leroyseafood.com, firmapost@norwayseafoods.com, post@leroyaurora.no and scott.drake@leroy.no, and in person on

        its sales agent in the United States by serving Leroy Seafood USA, Inc.;

v.    Mowi ASA (fka Marine Harvest ASA) was served by e-mail at norway@mowi.com, robert.clark@mowi.com, greg.dumais@mowi.com and diana.dumet@mowi.com, and in person on its sales agent in the United States by serving Marine Harvest USA/Mowi USA, LLC; and

vi.    SalMar ASA was served by e-mail at salmar@salmar.no, ir@salmar.no, trond.tuvstein@salmar.no, olav.andreas.ervik@salmar.no, sales@salmar.no and runar.sivertsen@salmar.no.[2]

3.    Each Defendant named in the complaint filed by *Schneider's Fish & Sea Food Corp.*, except Scottish Sea Farms Ltd., has been personally served, or served via alternative service for the Norwegian Defendants pursuant to the Order as follows:

a.    Personal service was effectuated on Marine Harvest USA/Mowi USA, LLC [Case No. 19-21652, ECF No. 6]; Ocean Quality USA, Inc. [ECF No. 31]; Ocean Quality Premium Brands, Inc. [ECF No. 30]; Ducktrap River of Maine, LLC [ECF No. 92]; Leroy Seafood USA, Inc. [ECF No. 52]; Ocean Quality North America, Inc. [ECF No. 102]; Greig Seafood BC Ltd.; and

---

[2] According to our investigation, SalMar does not have a sales agent in the United States; therefore, alternative service on this Norwegian Defendant was accomplished by e-mail to addresses provided by (i) as part of the data related to its online marketing, advertising, sales and website, including customer service e-mail address and onsite contact form. *See* ECF No. 18 at n. 2.

Marine Harvest Canada, Inc.;[3] and

b. Alternative service was effectuated on the Norwegian Defendants pursuant to the Order via (1) the e-mail addresses provided by that Defendant (i) as part of the data related to its online marketing, advertising, sales and website, including customer service e-mail address and onsite contact form; and (2) via publication by posting a copy of the same on the website available at http://moskowitz-law.com/schneider-fish as follows:

   i. Ocean Quality AS was served by e-mail at dennis.bryant@oceanquality.com, jo@oceanquality.com and ak@oceanquality.com, and via publication by posting a copy of the same on the website available at http://moskowitz-law.com/schneider-fish;

   ii. Bremnes Seashore was served by e-mail at einar@seashore.no and bremnes@seashore.no, and via publication by posting a copy of the same on the website available at http://moskowitz-law.com/schneider-fish;

   iii. Grieg Seafood ASA was served by e-mail at info@griegseafood.com and atle.harald.sandtorv@griegseafood.com, and via publication by posting a copy of the same on the website available at http://moskowitz-law.com/schneider-fish;

---

[3] Service was effectuated on Greig Seafood BC Ltd. and Marine Harvest Canada, Inc., however, the process server has yet to return the affidavit(s) of service for filing.

      iv.      Leroy Seafood Group ASA was served by e-mail at post@leroyseafood.com, firmapost@norwayseafoods.com, post@leroyaurora.no and scott.drake@leroy.no, and via publication by posting a copy of the same on the website available at http://moskowitz-law.com/schneider-fish;

      v.      Mowi ASA (fka Marine Harvest ASA) was served by e-mail at norway@mowi.com, robert.clark@mowi.com, greg.dumais@mowi.com and diana.dumet@mowi.com, and via publication by posting a copy of the same on the website available at http://moskowitz-law.com/schneider-fish; and

      vi.      SalMar ASA was served by e-mail at salmar@salmar.no, ir@salmar.no, trond.tuvstein@salmar.no, olav.andreas.ervik@salmar.no, sales@salmar.no and runar.sivertsen@salmar.no, and via publication by posting a copy of the same on the website available at http://moskowitz-law.com/schneider-fish.

4.    None of the Defendants named in the complaints filed by *Beacon Fisheries Inc.*, *Cape Florida Seafood*, *Hesh's Seafood* and *The Fishing Line LLC* have been served by the Plaintiffs who filed those cases. Defendants named in those complaints are also named in the pleadings filed by *Euclid Fish Company* and *Schneider's Fish and Sea Food Corp.* with two exceptions: Grieg Seafood Rogaland AS and Grieg Seafood Finnmark AS, named only in the *Beacon Fisheries*' complaint.

5

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: June 17, 2019.

>*/s/ Robert C. Gilbert*
>Robert C. Gilbert