UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MASTER DOCKET NO. 19- 21551-CV-ALTONAGA

| IN RE FARM-RAISED SALMON AND SALMON PRODUCTS ANTITRUST LITIGATION | AFFIDAVIT OF SERVICE |
|---|---|

The undersigned, being sworn, on oath deposes and says: That she is now and at all times herein mentioned was a citizen of Canada and resident of the Province of British Columbia, Canada, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness herein.

This affidavit relates to the following documents, served on behalf of Plaintiff Euclid Fish Company:

- Summons in a Civil Action directed to Marine Harvest Canada, Inc.,
- Class Action Complaint and Demand for Jury Trial, and
- Amended Class Action Complaint and Demand for Jury Trial

It also related to the following documents served on behalf of Plaintiff Schneider's Fish and Seafood Corp.:

- Summons in a Civil Action directed to Marine Harvest Canada, Inc., and
- Class Action Complaint and Demand for Jury Trial

That on Wednesday June 12th, 2019 at 3:30 in the afternoon at the address of 1334 Island Highway, Suite 124, Campbell River, in the Province of British Columbia, this affiant duly served the above described documents, upon Marine Harvest Canada, Inc., by then and there personally delivering one true and correct copy thereof, by then presenting to and leaving the same with, **DIANE DUNBAR,** receptionist.

*Tammy Arnold* (signature)
**Tammy Arnold**

**SUBSCRIBED AND SWORN TO** before me
June 24, 2019

*Rebecca Domovitch* (signature)
A NOTARY PUBLIC IN AND FOR
THE PROVINCE OF BRITISH COLUMBIA
REBECCA DOMOVITCH
906 Island Highway
Campbell River, BC V9W 2C3
PH: 250-287-8355 Fax: 250-287-8112
Barrister & Solicitor