**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re:<br><br>FARM-RAISED SALMON AND SALMON PRODUCTS ANTITRUST LITIGATION | Case No. 19-21551-CIV-ALTONAGA/Goodman |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT SCOTTISH SEA FARMS LIMITED**

Plaintiffs, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismiss the claims asserted against Defendant, SCOTTISH SEA FARMS LIMITED, *without* prejudice, with each party being responsible for its own fees and costs. This dismissal shall have no effect on the remaining claims of Plaintiffs against the Defendants.

Dated: March 6, 2020

Respectfully submitted,

**PODHURST ORSECK, P.A**

By: */s/ Peter Prieto*
Peter Prieto
Florida Bar No: 501492
John Gravante, III
Florida Bar No: 617113
Matthew P. Weinshall
Florida Bar No: 84783
Alissa Del Riego
Florida Bar No: 99742
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Email: pprieto@podhurst.com
       jgravante@podhurst.com
       mweinshall@podhurst.com
       adelriego@podhurst.com

**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, California 94111
Michael P. Lehmann
Email: mlehmann@hausfeld.com
Christopher L. Lebsock *(pro hac vice)*
Email: clebsock@hausfeld.com

**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Reena A Gambhir *(pro hac vice)*
Email: rgambhir@hausfeld.com

*Interim Co-Lead Counsel for
Direct Purchaser Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*_____
Peter Prieto
