UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21551-CIV-ALTONAGA/Goodman

In re:

**FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION**
_____/

## THIRD SCHEDULING ORDER

**THIS CAUSE** came before the Court on the parties' Joint Scheduling Report [ECF No. 205], filed April 3, 2020. The parties met and conferred regarding Defendants' Federal Rule of Civil Procedure 12(b)(6) joint motion to dismiss and a proposed joint scheduling report. (*See generally* Joint Scheduling Report). The parties have jointly proposed a briefing schedule for Defendants' motion to dismiss, which the Court in some respects does not agree with. (*See id.*). Accordingly, the parties shall adhere to the following schedule:

1. The parties are **DIRECTED** to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **July 17, 2020.**

2. Defendants' joint motion to dismiss shall be filed by **April 20, 2020** and shall be no more than 30 pages. Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Consolidated Amended Direct Purchaser Class Action Complaint **[ECF No. 206]** is **DENIED** as moot.

3. Plaintiffs' response to Defendants' joint motion to dismiss shall be filed by **June 8, 2020** and shall be no more than 30 pages.

4. Defendants' reply to Plaintiffs' response shall be filed by **June 26, 2020** and shall be no more than 15 pages.

CASE NO. 19-21551-CIV-ALTONAGA/Goodman

5. The parties have previewed their arguments regarding a stay of discovery. Records already produced by Defendants to the Department of Justice and other foreign and domestic government entities will be produced to Plaintiffs upon request. All other discovery is stayed pending resolution of the forthcoming motion to dismiss.

**DONE AND ORDERED** in Miami, Florida, this 6th day of April, 2020.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record