UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CV-21551-ALTONAGA

IN RE: FARM-RAISED SALMON AND SALMON
PRODUCTS ANTITRUST LITIGATION

**PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL**

Plaintiffs respectfully seek an order pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 5.4(b) to file under seal unredacted versions of: (i) Plaintiffs' Motion to Compel The Production Of Documents In Accordance With The Court's Order ("Motion to Compel"); and (ii) Exhibit B to the Motion to Compel for a period of thirty (30) days or until such time as the Court orders that the documents be unsealed and made accessible to the public and members of the putative Class, whichever occurs later.  In support thereof, Plaintiffs assert:

1. Defendants produced to Plaintiffs letters from the European Commission Competition DG ("EC Letters"), on the conditions that the EC Letters would be treated as confidential and attorney's eyes only, and that Plaintiffs would be permitted to share the letters with the Court if they agreed to request permission to file the documents under seal.

2. The Motion to Compel references the EC Letters and Exhibit B to the Motion to Compel includes the EC Letters.

3. In accordance with Local Rule 5.4(b)(2) and CM/ECF Administrative Procedure 9B (January 27, 2020), the Motion to Compel and its Exhibit A are being filed in redacted form pending the Court's ruling on this Unopposed Motion to File Under Seal.

WHEREFORE, Plaintiffs request that the Court grant Plaintiffs permission to file the unredacted Motion to Compel and Exhibit B under seal and order that the unredacted Motion to Compel and Exhibit B be maintained under seal for no more than thirty (30) days from the Court's approval of Plaintiffs' Unopposed Motion to File Under Seal, or until further order of the Court, whichever occurs later.

Dated: May 7, 2020.                                               Respectfully submitted,

**PODHURST ORSECK, P.A.**
By: */s/ Peter Prieto*
Peter Prieto, FBN 501492
John Gravante, III, FBN 617113
Matthew P. Weinshall, FBN 84783
Alissa Del Riego, FBN 99742
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
pprieto@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiff Class*

**HAUSFELD LLP**
Michael P. Lehmann (*pro hac vice*)
Christopher L. Lebsock (*pro hac vice*)
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
*mlehmann@hausfeld.com*
*clebsock@hausfeld.com*

**HAUSFELD LLP**
Reena A. Gambhir (*pro hac vice*)
1700 K Street, N.W., Suite 650
Washington D.C. 20006
Tel: (202) 540-7200
*rgambhir@hausfeld.com*

*Interim Co-Lead Counsel*
*for Direct Purchaser Plaintiff Class*

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Robert C. Gilbert, FBN 561861
Daniel E. Tropin, FBN 100424
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7269
*gilbert@kolawyers.com*
*tropin@kolawyers.com*

*Direct Purchaser Plaintiffs' Liaison Counsel*

**FREED KANNER LONDON & MILLEN, LLC**
Kimberly A. Justice, (*pro hac vice*)
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
*kjustice@fklmlaw.com*

**FREED KANNER LONDON & MILLEN, LLC**
Steven A. Kanner, (*pro hac vice*)
Douglas A. Millen, (*pro hac vice*)
Brian M. Hogan, (*pro hac vice*)
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
*skanner@fklmlaw.com*
*dmillen@fklmlaw.com*
*bhogan@fklmlaw.com*

**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
Gregory P. Hansel, FBN 607101
Randall B. Weill (*pro hac vice*)
Michael S. Smith (*pro hac vice*)
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
*ghansel@preti.com*
*rweill@preti.com*
*msmith@preti.com*

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH, LLP**
Allan Steyer (*pro hac vice*)
Jill M. Manning (*pro hac vice*)
D. Scott Macrae (*pro hac vice*)
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 421-3400
*asteyer@steyerlaw.com*
*jmanning@steyerlaw.com*
*smacrae@steyerlaw.com*

**WOLLMUTH MAHER & DEUTSCH LLP**
Ronald J. Aranoff (*pro hac vice*)
Ryan J. Keenan (*pro hac vice*)
Scott C. Ferrier (*pro hac vice*)
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
*raranoff@wmd-law.com*
*rkeenan@wmd-law.com*
*sferrier@wmd-law.com*

*Members of Direct Purchaser Plaintiffs' Executive Committee*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*
Peter Prieto