UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21551-CIV-ALTONAGA/Louis

In re:

**FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION**
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Motion for Leave to File under Seal Exhibits to their Motion for Reconsideration, and Portions of that Motion [ECF No. 214]; Defendants' Motion to Reconsider Scheduling Order based on New Information, or in the Alternative for a Protective Order [ECF No. 215]; Plaintiffs' Unopposed Motion to File under Seal [ECF No. 216]; and Plaintiffs' Motion to Compel the Production of Documents in Accordance with the Court's Order [ECF No 217], all filed on May 7, 2020.

On April 6, 2020, the Court entered a Third Scheduling Order [ECF No. 207] setting a briefing schedule for Defendants' Motion to Dismiss [ECF No. 211] and requiring Defendants to produce to Plaintiffs upon request records that Defendants had previously produced to the Department of Justice and other foreign and domestic government entities. (*See* Apr. 6, 2020 Order 2). The Court stayed all other discovery pending resolution of Defendants' Motion to Dismiss. (*See id.* 2).

Defendants now move the Court to reconsider its Third Scheduling Order and include certain European Commission documents within the Court's stay of discovery, or alternatively issue a protective order precluding production of the European Commission documents. (*See generally* Mot. Reconsider). For their part, Plaintiffs contend "Defendants offer no valid reason to

CASE NO. 19-21551-CIV-ALTONAGA/Louis

reconsider the Court's [Third Scheduling Order]" and thus, "Defendants [sic] objections should be overruled." (Mot. Compel 3 (alteration added)). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion for Leave to File under Seal Exhibits to their Motion for Reconsideration, and Portions of that Motion **[ECF No. 214]** is **GRANTED**. Defendants may file a portion of their Motion to Reconsider and the requested corresponding exhibits under seal. The unredacted Motion to Reconsider and the withheld exhibits are to be kept under seal and shall be unsealed on May 8, 2021.

2. Plaintiffs' Unopposed Motion to File under Seal **[ECF No. 216]** is **GRANTED**. Plaintiffs may file their unredacted Motion to Compel and exhibit B to their Motion under seal. Plaintiffs' unredacted Motion to Compel and exhibit B shall remain under seal and shall be unsealed on May 8, 2021.

3. Plaintiffs' Motion to Compel the Production of Documents in Accordance with the Court's Order **[ECF No 217]** is in substance a response to the Motion to Reconsider, and so the Clerk is instructed to convert it on the docket into a response to Defendants' Motion to Reconsider. Defendants have until **May 15, 2020** to file a reply to the Motion to Reconsider. Plaintiffs may file a sur-reply to the Motion to Reconsider by **May 20, 2020**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of May, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record