UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21551-CIV-ALTONAGA/Goodman

In re:

**FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION**
_____/

## NOTICE OF FILING

The attached letter was received in Chambers and is to be made part of the record.

By: _____*Patricia Snead*_____
Patricia Snead, Courtroom Deputy
for the Honorable Cecilia M. Altonaga
(305) 523-5515