UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CV-21551-ALTONAGA

IN RE: FARM-RAISED SALMON AND SALMON
PRODUCTS ANTITRUST LITIGATION

THE PARTIES' JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Plaintiffs and the Defendants (together, "the Parties") hereby jointly and respectfully move for an entry of a Stipulated Protective Order in this matter. The requested protective order will facilitate discovery and maintain confidentiality of materials containing proprietary information, trade secrets, and/or other confidential or commercially sensitive information.

The Parties hereby agree to and consent to the entry of the proposed Stipulated Protective Order, attached hereto as Exhibit A, and request that the Court enter such order.

Dated: June 5, 2020                                Respectfully submitted,

**PODHURST ORSECK, P.A.**
By: */s/ Peter Prieto*
Peter Prieto, FBN 501492
John Gravante, III, FBN 617113
Matthew P. Weinshall, FBN 84783
Alissa Del Riego, FBN 99742
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
pprieto@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiff Class*

**HAUSFELD LLP**
Michael P. Lehmann (*pro hac vice*)
Christopher L. Lebsock (*pro hac vice*)
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
*mlehmann@hausfeld.com*
*clebsock@hausfeld.com*

**HAUSFELD LLP**
Reena A. Gambhir (*pro hac vice*)
1700 K Street, N.W., Suite 650
Washington D.C. 20006
Tel: (202) 540-7200
rgambhir@hausfeld.com

*Interim Co-Lead Counsel*
*for Direct Purchaser Plaintiff Class*

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Robert C. Gilbert, FBN 561861
Daniel E. Tropin, FBN 100424
2800 Ponce de Leon Boulevard, Suite 1100

                                                   Coral Gables, FL 33134
                                                   Tel: (305) 384-7269
                                                   *gilbert@kolawyers.com*
                                                   *tropin@kolawyers.com*

                                                 *Direct Purchaser Plaintiffs' Liaison Counsel*

| | |
|---|---|
| **FREED KANNER LONDON & MILLEN, LLC**<br>Kimberly A. Justice, (*pro hac vice*)<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 234-6487<br>*kjustice@fklmlaw.com*<br><br>**FREED KANNER LONDON & MILLEN, LLC**<br>Steven A. Kanner, (*pro hac vice*)<br>Douglas A. Millen, (*pro hac vice*)<br>Brian M. Hogan, (*pro hac vice*)<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: (224) 632-4500<br>*skanner@fklmlaw.com*<br>*dmillen@fklmlaw.com*<br>*bhogan@fklmlaw.com*<br><br>**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**<br>Gregory P. Hansel, FBN 607101<br>Randall B. Weill (*pro hac vice*)<br>Michael S. Smith (*pro hac vice*)<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>Tel: (207) 791-3000<br>*ghansel@preti.com*<br>*rweill@preti.com*<br>*msmith@preti.com* | **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH, LLP**<br>Allan Steyer (*pro hac vice*)<br>Jill M. Manning (*pro hac vice*)<br>D. Scott Macrae (*pro hac vice*)<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: (415) 421-3400<br>*asteyer@steyerlaw.com*<br>*jmanning@steyerlaw.com*<br>*smacrae@steyerlaw.com*<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Ronald J. Aranoff (*pro hac vice*)<br>Ryan J. Keenan (*pro hac vice*)<br>Scott C. Ferrier (*pro hac vice*)<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10110<br>Tel: (212) 382-3300<br>*raranoff@wmd-law.com*<br>*rkeenan@wmd-law.com*<br>*sferrier@wmd-law.com*<br><br>*Members of Direct Purchaser Plaintiffs' Executive Committee* |

By: __/s/ Adam L. Schwartz__
HOMER BONNER JACOBS ORTIZ, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Adam L. Schwartz
Email: aschwartz@homerbonner.com
Florida Bar No: 0103163

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Stephen Neuwirth *(pro hac vice)*
Email: stephenneuwirth@quinnemanuel.com
Sami Rashid *(pro hac vice)*
Email: samirashid@quinnemanuel.com
Christopher Tayback *(pro hac vice)*
Email: christayback@quinnemanuel.com

*Counsel for Defendant SalMar ASA*

By: __/s/ Sara L. Salem__
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
Sara L. Salem
Email: sara.salem@freshfields.com
Florida Bar No: 1011429
Eric J. Mahr *(pro hac vice)*
Email: eric.mahr@freshfields.com

*Counsel for Defendants Grieg Seafood ASA; Grieg Seafood BC Ltd.; Ocean Quality AS; Ocean Quality North America Inc.; Ocean Quality USA Inc.; and Ocean Premium Brands, Inc.*

By: __/s/ John C. Seipp__
BOWMAN AND BROOKE, LLP
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
John C. Seipp
Email: john.seipp@bowmanandbrooke.com
Florida Bar No: 289264
Christine L. Welstead
Email:christine.welstead@bowmanandbrooke.com
Florida Bar No: 970956

CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Matthew Bachrack *(pro hac vice)*
Email: mbachrack@cgsh.com
David I. Gelfand *(pro hac vice)*
Email: dgelfand@cgsh.com

*Counsel for Defendants Leroy Seafood USA Inc. and Leroy Seafood AS*

By: */s/ Lawrence D. Silverman*
AKERMAN LLP
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, Florida 33131
Lawrence D. Silverman
Email: lawrence.silverman@akerman.com
Florida Bar No: 7160
Diane O. Fischer
Email: deedee.fischer@akerman.com
Florida Bar No: 99456

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, New York 10001
Karen H. Lent *(pro hac vice)*
Email: karen.lent@skadden.com

*Counsel for Defendants Mowi Ducktrap, LLC f/k/a Ducktrap River of Maine LLC; Mowi USA, LLC f/k/a Marine Harvest USA, LLC; Mowi Canada West, Inc. f/k/a Marine Harvest Canada, Inc.; and Mowi ASA*

4

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of notice of Electronic Filing generated by CM/ECF.

      By: */s/ Peter Prieto*
          Peter Prieto