**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

FARM-RAISED SALMON AND
SALMON PRODUCTS ANTITRUST
LITIGATION

Case No. 19-21551-CIV-ALTONAGA/Goodman

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE**
**SECOND AMENDED CONSOLIDATED COMPLAINT**

Plaintiffs respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time of sixty (60) days to file their Second Amended Consolidated Complaint in order to be able to substantially complete the review of over 183,000 documents, including more than 77,000 emails, that Defendants have produced pursuant to this Court's Order. In support of their Motion, Plaintiffs assert as follows:

1.  On July 22, 2020, the Court denied as moot Defendants' Motion to Dismiss the Consolidated Amended Direct Purchaser Class Action Complaint for failure to state a claim. (ECF No. 242).

2.  In its Order, the Court noted that the parties disagreed on whether the existing Complaint "plausibly alleged a horizontal conspiracy to fix prices of farmed Atlantic Salmon." (ECF No. 242).

3.  Given that the Court had previously ordered Defendants to produce to Plaintiffs certain discovery produced by Defendants to the United States Department of Justice ("DOJ") and the European Commission ("EC"), the Court concluded that the "most prudent course is to allow Plaintiffs to file an amended complaint that includes additional facts gleaned from [that] discovery . . . and permit Defendants to file a joint motion to dismiss that specifically addresses that pleading's allegations." (ECF No. 242).

4. Plaintiffs are in the midst of reviewing the discovery produced by Defendants to the DOJ and the EC.

5. To complete the review expeditiously, Plaintiffs have added twelve (12) attorneys whose sole responsibility is to review that discovery on a full-time basis.

6. The discovery produced by Defendants, however, consists of 183,280 documents (consisting of over 1.8 million pages), including 77,000 plus emails.

7. At least 6,100 of the documents produced by the Defendants are mainly written in Norwegian (and several thousand more documents contain at least some Norwegian).

8. Plaintiffs' early assessment of these primarily Norwegian-language documents reveals that more significant information may be contained in these documents, which has required Plaintiffs to recently retain a Norwegian translator, and which may require additional translations.

9. Moreover, since it appears Defendants have not produced transactional sales data, Plaintiffs have begun to attempt to extract information on prices from less readily useful and accessible sources, such as invoices and related documents, which is time-consuming and technically difficult.

10. Despite their best efforts, Plaintiffs will not be able to substantially complete the review of this discovery with sufficient time to revise and file their Second Amended Consolidated Complaint by the Court's current deadline of August 21, 2020.

11. Accordingly, Plaintiffs respectfully request an additional sixty (60) days from August 21st to file their Second Amended Consolidated Complaint.

12. Specifically, Plaintiffs respectfully request that the Court enter an order with the following briefing schedule:

a. Plaintiffs shall have until October 16, 2020 to file their Second Amended Consolidated Complaint;

b. Defendants shall file their combined motion to dismiss for failure to state a claim, not to exceed 40 pages, by November 16, 2020;

c. Plaintiffs shall file their response, not to exceed 40 pages, by December 1, 2020;

d. Defendants shall file their reply memorandum, not to exceed 20 pages, by December 15, 2020.

13. Plaintiffs, as required under Local Rule 7.1, have conferred with counsel for Defendants, and Defendants asked Plaintiffs to include the following statement of their position as to Plaintiffs' extension request:

Defendants do not oppose a modest, 14-day extension for Plaintiffs to file a second amended complaint. Defendants, however, object to Plaintiffs' 60-day extension request for the following reasons: (1) when Plaintiffs initially filed this matter more than one year ago (April 2019), Plaintiffs were required, at that time, to allege sufficient facts to state a plausible claim for relief, and for the past 15 months have had ample time to do whatever investigation they felt necessary to support their claims; (2) pursuant to the Court's order, Plaintiffs have had sufficient time to review the discovery Defendants have produced; and (3) Plaintiffs have had the benefit of reviewing Defendants' motion to dismiss their current complaint. In light of the forgoing, Defendants believe that a 14-day extension is sufficient and request that no further extensions of time should be permitted.

WHEREFORE, Plaintiffs respectfully request that the Court grant them an extension of time of sixty (60) days to file their Second Amended Consolidated Complaint and enter the briefing scheduled described above.

Dated: August 14, 2020               Respectfully submitted,

**PODHURST ORSECK, P.A**

By: /s/ *Peter Prieto*
    Peter Prieto
    Florida Bar No: 501492
    John Gravante, III
    Florida Bar No: 617113

        Matthew P. Weinshall
        Florida Bar No: 84783
        Alissa Del Riego
        Florida Bar No: 99742
        SunTrust International Center
        One S.E. 3rd Avenue, Suite 2300
        Miami, Florida 33131
        Email: pprieto@podhurst.com
              jgravante@podhurst.com
              mweinshall@podhurst.com
              adelriego@podhurst.com

**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, California 94111
Michael P. Lehmann
Email: mlehmann@hausfeld.com
Christopher L. Lebsock *(pro hac vice)*
Email: clebsock@hausfeld.com

**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Reena A Gambhir *(pro hac vice)*
Email: rgambhir@hausfeld.com

*Interim Co-Lead Counsel for
Direct Purchaser Plaintiff Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of notice of Electronic Filing generated by CM/ECF.

                By: */s/ Peter Prieto*_____
                      Peter Prieto