**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21551-CIV-ALTONAGA/Louis**

**In re:**

**FARM-RAISED SALMON**
**AND SALMON PRODUCTS**
**ANTITRUST LITIGATION**

_____/

**THE PARTIES' JOINT MOTION FOR ENTRY OF**
**STIPULATED EXPERT PROTOCOL**

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the Plaintiffs and the

Defendants (together, "the Parties") hereby jointly and respectfully move for an entry of a

Stipulated Expert Protocol in this matter. The requested Stipulated Expert Protocol will facilitate

efficient discovery in connection with expert witnesses in this action.

The Parties hereby agree to and consent to the entry of the proposed Stipulated Expert

Protocol, attached hereto as Exhibit A, and respectfully request that the Court enter such order.

Dated: August 3, 2021,                                    Respectfully submitted,

**PODHURST ORSECK, P.A.**

/s/ *Peter Prieto*
Peter Prieto, FBN 501492
John Gravante, III, FBN 617113
Matthew P. Weinshall, FBN 84783
Alissa Del Riego, FBN 99742
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
pprieto@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

*/s/ Christopher L. Lebsock*
**HAUSFELD LLP**
Michael P. Lehmann (pro hac vice)
Christopher L. Lebsock (pro hac vice)
Samantha J. Stein (pro hac vice)
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

**HAUSFELD LLP**
Reena A. Gambhir (pro hac vice)
Timothy S. Kearns (pro hac vice)
Jane Shin (pro hac vice)
888 16th Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 540-7200
rgambhir@hausfeld.com
tkearns@hausfeld.com
jshin@hausfeld.com

*Interim Co-Lead Counsel*
*for Direct Purchaser Plaintiff Class*

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Robert C. Gilbert, FBN 561861
Daniel E. Tropin, FBN 100424
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7269
gilbert@kolawyers.com
tropin@kolawyers.com

*Direct Purchaser Plaintiffs' Liaison Counsel*

2

**FREED KANNER LONDON & MILLEN, LLC**
Kimberly A. Justice, (pro hac vice)
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
kjustice@fklmlaw.com

**FREED KANNER LONDON & MILLEN, LLC**
Steven A. Kanner, (pro hac vice)
Douglas A. Millen, (pro hac vice)
Brian M. Hogan, (pro hac vice)
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
skanner@fklmlaw.com
dmillen@fklmlaw.com
bhogan@fklmlaw.com

**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
Gregory P. Hansel, FBN 607101
Randall B. Weill (pro hac vice)
Michael S. Smith (pro hac vice)
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH, LLP**
Allan Steyer (pro hac vice)
Jill M. Manning (pro hac vice)
D. Scott Macrae (pro hac vice)
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 421-3400
asteyer@steyerlaw.com
jmanning@steyerlaw.com
smacrae@steyerlaw.com

**WOLLMUTH MAHER & DEUTSCH LLP**
Ronald J. Aranoff (pro hac vice)
Ryan J. Keenan (pro hac vice)
Scott C. Ferrier (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
raranoff@wmd-law.com
rkeenan@wmd-law.com
sferrier@wmd-law.com

*Members of Direct Purchaser Plaintiffs' Executive Committee*

3

By: */s/ Adam L. Schwartz*
Adam L. Schwartz
Florida Bar No.: 0103163
**HOMER BONNER JACOBS ORTIZ, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Tel. (305) 350-5100
aschwartz@homerbonner.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen Neuwirth (admitted *pro hac vice*)
Sami Rashid (admitted *pro hac vice*)
Christopher Tayback (admitted *pro hac vice*)
Will Sears (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel. (213) 443-3000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
christayback@quinnemanuel.com
willsears@quinnemanuel.com

*Counsel for Defendant SalMar ASA*

By: */s/ Lawrence D. Silverman*
Lawrence D. Silverman
Florida Bar No: 7160
Diane O. Fischer
Florida Bar No: 994560
**AKERMAN LLP**
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, Florida 33131
lawrence.silverman@akerman.com
deedee.fischer@akerman.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Karen Hoffman Lent (pro hac vice)
Matthew M. Martino (pro hac vice)
Danielle S. Menitove (pro hac vice)
One Manhattan West
New York, NY 10001
karen.lent@skadden.com
matthew.martino@skadden.com
danielle.menitove@skadden.com

*Counsel for Defendants Mowi ASA (f/k/a Marine Harvest ASA), Mowi USA, LLC (f/k/a Marine Harvest USA, LLC), Mowi Canada West, Inc. (f/k/a Marine Harvest Canada, Inc.), and Mowi Ducktrap, LLC (an assumed name of Ducktrap River of Maine, LLC)*

By: */s/Brian W. Toth*
Brian W. Toth
Florida Bar No: 57708
**GELBER SCHACHTER &
GREENBERG, P.A.**
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
btoth@gsgpa.com

**FRESHFIELDS BRUCKHAUS
DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, D.C. 20005
Eric J. Mahr (pro hac vice)
Meredith Mommers (pro hac vice)

*Counsel for Defendants Grieg Seafood ASA,
Grieg Seafood BC Ltd., Grieg Seafood Sales
North America Inc. (f/k/a Ocean Quality
North America Inc.), Grieg Seafood Sales
USA, Inc. (f/k/a Ocean Quality USA Inc.),
and Grieg Seafood Premium Brands, Inc.
(f/k/a Ocean Quality Premium Brands, Inc.)*

By: */s/ John C. Seipp*
John C. Seipp
Florida Bar No: 289264
Christine L. Welstead
Florida Bar No: 970956
**BOWMAND AND BROOKE, LLP**
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
john.seipp@bowmanandbrooke.com
christine.welstead@bowmanandbrooke.com

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
David I. Gelfand *(pro hac vice)*
Matthew Bachrack *(pro hac vice)*
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
dglefand@cgsh.com
mbachrack@cgsh.com

*Counsel for Defendants Lerøy Seafood AS
and Lerøy Seafood USA Inc.*

By: */s/ Britt M. Miller*
Britt M. Miller (*pro hac vice*)
Robert E. Entwisle (*pro hac vice*)
Luiz Miranda
**MAYER BROWN LLP**
71 S. Wacker Dr.
Chicago, IL 60606
Ph: (312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com
lmiranda@mayerbrown.com

William Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Defendants Cermaq Group AS,*
*Cermaq Norway AS, Cermaq Canada Ltd.,*
*and Cermaq US LLC*

By: */s/ James R. Bryan*
James R. Bryan
Florida Bar No: 696862
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Tel: 305-740-1975
Email: jbryan@leoncosgrove.com

Stephen P. Safranski (pro hac vice)
Ryan W. Marth (pro hac vice)
Eric P. Barstad (pro hac vice)
Samia S. Young (pro hac vice)
**ROBINS KAPLAN LLP**
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
Tel: 612-349-8500
Email: ssafranski@robinskaplan.com
Email: rmarth@robinskaplan.com
Email: ebarstad@robinskaplan.com
Email : syoung@robinskaplan.com

*Counsel for Defendant Sjór AS*
*sued as Ocean Quality AS*