UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| *In re: Farm-Raised Salmon and Salmon Products Antitrust Litigation,* | No. 19-cv-21551-CMA |
| *Wood Mountain Fish LLC, et al.,*<br><br>  Plaintiffs,<br>v.<br>*Mowi ASA, et al.,*<br><br>  Defendants. | No. 1:19-cv-22128-RS |

**PLAINTIFFS' NOTICE OF HEARING**

Pursuant to the Court's General Order on Discovery Objections and Procedures, ECF No. 197 (March 9, 2020), please take notice that a hearing will take place before United States Magistrate Judge Lauren Fleischer Louis via Zoom on **March 2, 2022**, at 2:00 p.m. The hearing shall address the following discovery dispute involving the SalMar Defendants and the Plaintiffs in the "Direct Action," *In re: Farm-Raised Salmon and Salmon Products Antitrust Litigation*, 19-cv-21551-CMA (S.D. Fla.), and the "Indirect Action," *Wood Mountain Fish LLC., et. al. v. Mowi ASA, et. al.*, 19-cv-22128 (S.D. Fla.):

- SalMar Defendants' objection to Plaintiffs' request that SalMar include three additional custodians in responding to Plaintiffs' Requests for Production.

**LOCAL RULE 7.1(a)(3) CERTIFICATE OF GOOD FAITH**

Plaintiffs have met and conferred with the SalMar Defendants regarding these custodians. Each meet and confer occurred telephonically, with counsel for Plaintiffs and counsel for the SalMar Defendants participating. Plaintiffs were represented by counsel including, but not limited to, Samantha Stein (Direct Purchaser Plaintiffs), Joseph Bourne and Fred Isquith Jr. (Indirect Purchaser Plaintiffs); SalMar Defendants were represented by counsel including, but not limited

to, Will Sears. These meet and confers were a good faith effort to address the discovery dispute.

Dated: February 25, 2022

Respectfully submitted,

PODHURST ORSECK, P.A.
SunTrust International Center
One S. E. 3rd Avenue, Suite 2300
Miami, Florida 33131

By:  /s/Peter Prieto
Peter Prieto
Florida Bar No: 501492
John Gravante, III
Florida Bar No: 617113
Matthew P. Weinshall
Florida Bar No: 84783
Alissa Del Riego
Florida Bar No: 99742
Email: pprieto@podhurst.com
Email: jgravante@podhurst.com
Email: mweinshall@podhurst.com
Email: adrelriego@podhurst.com

**HAUSFELD LLP**
Michael P. Lehmann (*pro hac vice*)
Christopher L. Lebsock (*pro hac vice*)
Samantha J. Stein (*pro hac vice*)
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
Email: mlehmann@hausfeld.com
Email: clebsock@hausfeld.com
Email: sstein@hausfeld.com

**HAUSFELD LLP**
Reena A. Gambhir (*pro hac vice*)
Timothy S. Kearns (*pro hac vice*)
Jane Shin (*pro hac vice*)
888 16th St. NW, Suite 300
Washington D.C. 20006
Tel: (202) 540-7200
Email: rgambhir@hausfeld.com
Email: tkearns@hausfeld.com
Email: jshin@hausfeld.com

*Interim Co-Lead Counsel for*
*Direct Purchaser Plaintiff Class*

2

**WOLLMUTH MAHER & DEUTSCH LLP**
Ronald J. Aranoff (*pro hac vice*)
Ryan J. Keenan (*pro hac vice*)
Scott C. Ferrier (*pro hac vice*)
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Email: raranoff@wmd-law.com
Email: rkeenan@wmd-law.com
Email: sferrier@wmd-law.com

*Members of Direct Purchaser Plaintiffs' Executive Committee*

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Robert C. Gilbert, FBN 561861
Daniel E. Tropin, FBN 100424
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7269
Email: gilbert@kolawyers.com
Email: tropin@kolawyers.com

*Direct Purchaser Plaintiffs' Liaison Counsel*

**FREED KANNER LONDON & MILLEN, LLC**
Steven A. Kanner, (*pro hac vice*)
Kimberley A, Justice (*pro hac vice*)
Douglas A. Millen, (*pro hac vice*)
Brian M. Hogan, (*pro hac vice*)
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Email: skanner@fklmlaw.com
Email: dmillen@fklmlaw.com
Email: bhogan@fklmlaw.com

**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
Gregory P. Hansel, FBN 607101
Randall B. Weill (*pro hac vice*)
Michael S. Smith (*pro hac vice*)
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
Email: ghansel@preti.com
Email: rweill@preti.com
Email: msmith@preti.com

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH, LLP**
Allan Steyer (*pro hac vice*)
Jill M. Manning (*pro hac vice*)
D. Scott Macrae (*pro hac vice*)
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 421-3400
Email: asteyer@steyerlaw.com
Email: jmanning@steyerlaw.com
Email: smacrae@steyerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Peter Prieto*
Peter Prieto