UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21551-CIV-ALTONAGA/Louis

In re:

FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION

_____ /

## PLAINTIFFS' UNOPPOSED MOTION FOR SLIGHT MODIFICATION TO THE ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE (ECF No. 308)

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs respectfully move to modify the Order Setting Trial and Pre-Trial Schedule ("Scheduling Order," ECF No. 308, filed on March 24, 2021) and the two Orders Modifying the Schedule (ECF Nos. 450, 498) by briefly extending the deadline for the filing of their class certification motion, which is currently due on May 16, 2022. Plaintiffs seek an extension until May 31, 2022 to submit their class certification motion.

Rule 16(b)(4)'s good cause standard precludes modification unless the schedule cannot be met despite the diligence of the parties seeking the extension. *See, e.g.*, *Oravec v. Sunny Isles Luxury Ventures, L.C.*, 527 F.3d 1218, 1232 (11th Cir. 2008); *Roberson v. BancorpSouth Bank, Inc.*, Civ. Act. No. 12-0669, 2013 WL 4870839, at *2 (S.D. Ala. Sept. 12, 2013) ("Diligence, not lack of prejudice, is the touchstone of the Rule 16(b)(4) inquiry." (collecting cases)).

Plaintiffs here have been working diligently to meet all deadlines in this case, including the deadline for filing the class certification motion. Despite their diligence, they request a brief two-week extension—which will not affect the Court's other pre-trial deadlines—because of the press of their counsel's competing work on other matters, including a number of filings in *In re: Takata Airbag Productions Liability Litigation*, No. 1:15-md-02599-FAM (S.D. Fla.), that coincide with the current motion-for-class-certification deadline. *See Merritte v. Brinkman*, No. 3:12-CV-738-GPM-DGW, 2013 WL 11323018, at *2 (S.D. Ill. Sept. 12, 2013) (granting motions

for extension of time, finding movant's counsel had "been unusually busy with other matters that are currently pending" before that same court). Indeed, on the same date that the class certification motion is presently due, May 16, 2022, Plaintiffs' counsel have seven separate filings in *Takata* alone due, including three class certification replies and four *Daubert* replies. Their responsibility to dedicate attention to these other matters, despite their diligence in this case, in large part, has necessitated Plaintiffs' request for a nominal extension. Defendants do not oppose the motion or contest that Plaintiffs were not diligent in seeking it. Furthermore, no party will be prejudiced if the relief sought in the motion is granted.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' request for an extension of time until May 31, 2022 to submit their motion for class certification.

Dated: May 13, 2022

### Certificate of Compliance with Local Rule 7.1(a)(3)

Counsel for Plaintiffs certifies that he has conferred with Counsel for Defendants, who do not oppose the relief sought in this Motion.

Dated: May 13, 2022

    Respectfully submitted,

**PODHURST ORSECK, P.A.**
By: */s/ Peter Prieto*
Peter Prieto, FBN 501492
John Gravante, III, FBN 617113
Matthew P. Weinshall, FBN 84783
Alissa Del Riego, FBN 99742
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
pprieto@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiff Class*

**HAUSFELD LLP**
Michael P. Lehmann (pro hac vice)
Christopher L. Lebsock (pro hac vice)
Samantha Stein (pro hac vice)
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

**HAUSFELD LLP**
Reena A. Gambhir (pro hac vice)
Timothy Kearns (pro hac vice)
Jane Shin (pro hac vice)
888 16th Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 540-7200
rgambhir@hausfeld.com
tkearns@hausfeld.com
jshin@hausfeld.com

*Interim Co-Lead Counsel*
*for Direct Purchaser Plaintiff Class*

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Robert C. Gilbert, FBN 561861
Daniel E. Tropin, FBN 100424
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7269
gilbert@kolawyers.com
tropin@kolawyers.com

***Direct Purchaser Plaintiffs' Liaison Counsel***

**FREED KANNER LONDON & MILLEN, LLC**
Kimberly A. Justice, (pro hac vice)
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
kjustice@fklmlaw.com

**FREED KANNER LONDON & MILLEN, LLC**
Steven A. Kanner, (pro hac vice)
Douglas A. Millen, (pro hac vice)
Brian M. Hogan, (pro hac vice)
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
skanner@fklmlaw.com
dmillen@fklmlaw.com
bhogan@fklmlaw.com

**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
Gregory P. Hansel, FBN 607101
Randall B. Weill (pro hac vice)
Michael S. Smith (pro hac vice)
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH, LLP**
Allan Steyer (pro hac vice)
Jill M. Manning (pro hac vice)
D. Scott Macrae (pro hac vice)
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 421-3400
asteyer@steyerlaw.com
jmanning@steyerlaw.com
smacrae@steyerlaw.com

**WOLLMUTH MAHER & DEUTSCH LLP**
Ronald J. Aranoff (pro hac vice)
Ryan J. Keenan (pro hac vice)
Scott C. Ferrier (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
raranoff@wmd-law.com
rkeenan@wmd-law.com
sferrier@wmd-law.com

*Members of Direct Purchaser Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Peter Prieto*
Peter Prieto