# APPENDIX A

## Proposed Schedule

| | |
|---|---|
| Defendants to complete provision of CAFA Notice (*see* SA ¶ 20). | 10 days after motion for preliminary approval |
| Deadline for disseminating Settlement Notice | 5 days after entry of preliminary approval order |
| Plaintiffs to file a motion for award of attorneys' fees and costs and deadline to file affidavit attesting that Settlement Notice was disseminated as ordered | 14 days after entry of preliminary approval order |
| Deadline for Settlement Class members to opt out of the Settlement Class and/or of the Settlement and deadline to object to the Settlement | 35 days after deadline for disseminating Settlement Notice |
| Deadline for filing Final Approval Motion and list of persons who made timely and proper Requests for Exclusion (under seal) | 60 days after entry of preliminary approval order |
| Final approval and fairness hearing | 90 days after entry of preliminary approval order |
| Deadline to submit a claim | 30 days after the final approval and fairness hearing |