**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE: FARM-RAISED SALMON AND        No. 19-21551-CV-ALTONAGA/LOUIS
SALMON PRODUCTS ANTITRUST
LITIGATION

_____/

**NOTICE OF CHANGE OF ADDRESS AND EMAIL**

Attorney, Lawrence D. Silverman, files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Sidley Austin, LLP |
| Address: | 801 Brickell Avenue, Suite 800<br>Miami, Florida 33131 |
| Email: | Lawrence.silverman@sidley.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Change of Address was furnished via CM/EFC to all parties listed on the Service List.

Dated: June 7, 2022                 Respectfully submitted,

                                               /s/ Lawrence D. Silverman_____
                                               **Lawrence D. Silverman**
                                               Florida Bar No.: 07160
                                               lawrence.silverman@sidley.com
                                               SIDLEY AUSTIN, LLP
                                               801 Brickell Avenue
                                               Miami, Florida 33131
                                               Telephone: (305) 391-5204