UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21551-CIV-ALTONAGA/Louis

In re:

FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION

_____ /

## NOTICE OF FILING DECLARATION REGARDING NOTICE ADMINISTRATION

Plaintiffs, in accordance with the Court's Order granting Preliminary Approval of the Settlement (ECF No. 525), hereby file the declaration of Jennifer M. Keough of JND Legal Administration regarding the implementation of the notice plan approved by the Court.

Dated: June 9, 2022

Respectfully submitted,

**HAUSFELD LLP**

Michael P. Lehmann (pro hac vice)
Christopher L. Lebsock (pro hac vice)
Samantha J. Stein (pro hac vice)
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

Reena A. Gambhir (pro hac vice)
Timothy S. Kearns (pro hac vice)
Jane Shin (pro hac vice)
888 16th Street, N.W., Suite 300
Washington D.C. 20006
Tel: (202) 540-7200
rgambhir@hausfeld.com
tkearns@hausfeld.com
jshin@hausfeld.com

*Interim Class Counsel for Direct Purchaser Plaintiff Class*

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto, FBN 501492
John Gravante, III, FBN 617113
Matthew P. Weinshall, FBN 84783
Alissa Del Riego, FBN 99742
Christina H. Martinez, FBN 1029432
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
pprieto@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com
cmartinez@podhurst.com

*Interim Class Counsel for Direct Purchaser Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*
Peter Prieto