UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21551-CIV-ALTONAGA/LOUIS

IN RE FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION
_____/

**UNOPPOSED MOTION TO WITHDRAW ATTORNEY**

Defendants Mowi ASA (f/k/a Marine Harvest ASA), Mowi USA, LLC (f/k/a Marine Harvest USA, LLC), Mowi Canada West, Inc. (f/k/a Marine Harvest Canada, Inc.), and Mowi Ducktrap, LLC (an assumed name of Ducktrap River of Maine, LLC), by and through undersigned counsel, pursuant to Local Rule 7.1(a), hereby move the Court for the entry of an order withdrawing the following attorney of record for the Defendants:

**DANIELLE S. MENITOVE** (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
(212) 735-3000
danielle.menitove@skadden.com

Attorneys Lawrence D. Silverman and Dianne Olivia Fischer of Sidley Austin LLP, and Karen Hoffman Lent, Matthew M. Martino, and Matthew Lisagar (admitted *pro hac vice*) of Skadden, Arps, Slate, Meagher, & Flom LLP will remain lead counsel on this matter as listed below:

**LAWRENCE DEAN SILVERMAN**
Florida Bar No. 7160
**DIANNE OLIVIA FISCHER**
Florida Bar No. 994560
**SIDLEY AUSTIN LLP**
801 Brickell Avenue, Suite 800
Miami, FL 33131
(305) 391-5204
lawrence.silverman@sidley.com
deedee.fischer@sidley.com

**KAREN HOFFMAN LENT** (admitted *pro hac vice*)
**MATTHEW M. MARTINO** (admitted *pro hac vice*)
**MATTHEW LISAGAR** (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
(212) 735-3000
karen.lent@skadden.com
matthew.martino@skadden.com
matthew.lisagar@skadden.com

Pursuant to Local Rule 7.1(a)(3), Defendants' counsel certifies that it has conferred with opposing counsel in a good faith effort to resolve the issue raised in this motion; and that opposing counsel agrees with Defendants' counsel on the resolution of the motion. Specifically, opposing counsel agrees with Defendants' counsel that attorney Danielle S. Menitove may withdraw as attorney of record for the Defendants.

WHEREFORE, Defendants respectfully requests that this Honorable Court enter an Order granting our Motion and remove Danielle S. Menitove from this matter and all ECF filing notifications.

Dated: June 15, 2022

Respectfully submitted,

*/s/ Lawrence D. Silverman*
Lawrence D. Silverman
Florida Bar No. 7160
Diane Olivia Fischer
Florida Bar No. 994560
SIDLEY AUSTIN LLP
801 Brickell Avenue, Suite 800
Miami, FL 33131
(305) 391-5204
lawrence.silverman@sidley.com
deedee.fischer@sidley.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

Karen Hoffman Lent *(pro hac vice)*
Matthew M. Martino (*pro hac vice*)
Matthew Lisagar (*pro hac vice*)
One Manhattan West
New York, NY 10001
karen.lent@skadden.com
matthew.martino@skadden.com
matthew.lisagar@skadden.com

*Counsel for Defendants Mowi ASA (f/k/a Marine Harvest ASA), Mowi USA, LLC (f/k/a Marine Harvest USA, LLC), Mowi Canada West, Inc. (f/k/a Marine Harvest Canada, Inc.), and Mowi Ducktrap, LLC (an assumed name of Ducktrap River of Maine, LLC)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF, which will send electronic notice of such filing to all counsel of record.

*/s/ Lawrence D. Silverman*
Lawrence D. Silverman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21551-CIV-ALTONAGA/LOUIS**

IN RE FARM-RAISED SALMON
AND SALMON PRODUCTS
ANTITRUST LITIGATION
_____/

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ATTORNEY**

THIS CAUSE came before the Court upon Defendants Mowi ASA (f/k/a Marine Harvest ASA), Mowi USA, LLC (f/k/a Marine Harvest USA, LLC), Mowi Canada West, Inc. (f/k/a Marine Harvest Canada, Inc.), and Mowi Ducktrap, LLC (an assumed name of Ducktrap River of Maine, LLC) Unopposed Motion to Withdraw Attorney for Danielle S. Menitove. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The Unopposed Motion to Withdraw Attorney is hereby **GRANTED**. Attorney Danielle S. Menitove shall be allowed to withdraw from this matter. Attorneys Lawrence D. Silverman, Dianne Olivia Fischer, Karen Hoffman Lent, Matthew M. Martino, and Matthew Lisagar shall remain counsel for Defendants Mowi ASA (f/k/a Marine Harvest ASA), Mowi USA, LLC (f/k/a Marine Harvest USA, LLC), Mowi Canada West, Inc. (f/k/a Marine Harvest Canada, Inc.), and Mowi Ducktrap, LLC (an assumed name of Ducktrap River of Maine, LLC).

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of _____, 2022.

 

                                                                                    _____
                                                                                   CECILIA M. ALTONAGA
                                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record