**SUPPLEMENTAL DECLARATION OF BRONYN HEUBACH**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21551-CIV-ALTONAGA**

_____

In re:

**FARM-RAISED SALMON**
**AND SALMON PRODUCTS**
**ANTITRUST LITIGATION**
_____ /

## SUPPLEMENTAL DECLARATION OF BRONYN HEUBACH REGARDING SETTLEMENT ADMINISTRATION

I, Bronyn Heubach of JND Legal Administration ("JND"), having been duly sworn and cautioned, testify and declare:

1)      I am an Assistant Director at JND Legal Administration ("JND"). JND is a legal administration services provider with headquarters in Seattle, Washington.  JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2)      JND is serving as the Claims Administrator in the above-captioned litigation ("Action"), as ordered by the Court in its May 26, 2022 Order ("Preliminary Approval Order"). The following statements are based on my personal knowledge and information provided to me by other JND employees working under my supervision, and, if called on to do so, I could and would testify competently thereto.

3)      This Declaration is intended to supplement my previous Declaration regarding Settlement Administration, filed July 25, 2022 [ECF No. 539-2].

1

**DIRECT NOTICE**

4)      As detailed in my previous Declaration, JND mailed Notices to all Settlement Class Members for whom JND was able to locate complete mailing addresses, as identified from Defendants' transaction records and through additional research efforts.  JND promptly re-mailed Notices that were returned with forwarding addresses and conducted advanced address research for Notices returned without a forwarding address.  Notices were promptly re-mailed to any verified updated address that was located.

5)      As of the date of this Declaration, a total of 968 Notices were successfully mailed to Settlement Class Members, resulting in an overall deliverability rate of 95.7%.

**TOLL-FREE INFORMATION LINE**

6)      On June 6, 2022, JND launched a settlement-specific, dedicated toll-free number, 1-877-540-1084, for Settlement Class Members to call for information related to the Settlement.  As of the date of this Declaration, JND has received 529 calls to the toll-free line.  JND will continue to maintain the toll-free information line throughout the administration process.

**SETTLEMENT WEBSITE & EMAIL**

7)      On June 6, 2022, JND launched the Settlement Website, www.SalmonDirectPurchaserSettlement.com, as well as a direct email address for Class Members to ask questions or submit claims and supporting documentation, info@SalmonDirectPurchaserSettlement.com.  As of the date of this Declaration, JND has received 2,959 emails, and the Settlement Website has received 33,512 page views from 17,671 unique users.

## CLAIMS RECEIVED

8)     The Notices informed Class Members who wanted to participate in the Settlement and be eligible for Settlement Benefits that they must complete a Claim Form, submitted electronically or postmarked no later than September 23, 2022. The Notice also informed Class Members that they could use the online portal at the Settlement Website to view the commerce value attributed to them in the Class data and, in the event their own data suggested a different commerce value was appropriate, they could submit updated purchase amounts and supporting documentation.  A representative copy of the Claim Form is attached as **Exhibit A.**

9)     As of the date of this Declaration, JND has received a total of 655 timely claims, of which 37 were identified as duplicative.  Of the unique, timely claims, a total of 371 claims were from individuals that did not appear in the Class data ("original Class List").  In addition, two claims were submitted after the claim filing deadline and were mailed denial notifications.

10)     JND mailed deficient claim notifications to 56 Class Members who disputed their purchase amounts but did not fully support the claimed amounts. The letters provided detailed reasons for the determination and 45 days to respond with additional documentation to cure the deficiencies.  A representative copy of the Class Member notification is attached as **Exhibit B**.  On August 29, 2023, JND mailed a final determination letter to any Class Member who responded to the notification and whose claim is still not approved for the full disputed amount.

11)     JND also mailed deficient claim notifications to 371 unique non-Class Member claimants providing 45 days to respond with sufficient documentation to prove their membership in the Class.  A representative copy of the non-Class Member notification is attached as **Exhibit C**.  No sufficient responses were received proving that any claimant that did not appear on the original Class List

should be added to the Class.[1]  On August 25, 2023, JND mailed a final determination letter to any non-Class Member who responded to the notification and whose claim is still not approved.

12)     In summary, of 618 unique, timely claims, 189 claims were initially fully approved, and 56 claims were approved with deficient disputes.  *Id*. ¶ 10.  Of these deficient claims, nine claimants were able to submit additional supporting documentation and were ultimately fully approved.  An additional 373 unique claims were denied for untimeliness, deficiency, and unqualifying purchases.  All rejected claimants were notified of their deficient claims and provided an opportunity to cure; two responded with sufficient documentation to cure the issues with their claims, and all those who responded and did not cure were subsequently notified of the final determination rejecting their claims.  JND recommended and Co-Lead Class Counsel accepted the rejection of 373 claims.  A total of 247 claims were ultimately approved. The report of approved claims is attached as **Exhibit D**.

## DISTRIBUTION OF SETTLEMENT BENEFITS

13)     The Settlement Agreement provides that funds remaining in the Escrow Account after all costs (including notice costs), attorneys' fees, and any other expenses have been paid from Settlement Fund shall be distributed to Settlement Class Members with valid claims via check.  Individual payments will be calculated on a *pro rata* basis determined by the number of valid claims and the volume of commerce represented in those claims. The total commerce value represented in the 247 valid claims is $6,535,252,667.12.

14)     Following the Court's determination regarding JND's request for approval to pay the actual costs of notice and claims administration that have been

---

[1] JND approved two claims from non-Class Member entities that provided proof of assigned claims from other Class Members. The value of these assigned claims was deducted from the assignor Class Members' purchase amounts and reallocated to the assignee non-Class Members.

incurred, as well as reasonably anticipated costs associated with distributing Settlement Class Members payments and concluding the administration of this matter, JND will calculate the amount remaining in the Settlement Fund ("Net Settlement Fund").  JND will then calculate individual Settlement Class Member awards on a *pro rata* basis among the 247 claimants with valid claims and will allocate the Net Settlement Fund accordingly.  Based on the high monetary value of individual awards, JND will send checks via FedEx to facilitate tracking and ensure the successful delivery of each check.

15)    Checks will include clear language encouraging Class Members to cash their checks promptly and notifying them that the funds will be subject to re-distribution if not cashed within 60 days of the issue date.  After the void date passes, any remaining funds from uncashed checks will be re-distributed pro rata to Class Members that cashed their checks.

## ADMINISTRATION COSTS

16)    The Settlement Agreement provides that $150,000 may be withdrawn from the Settlement Fund without further approval from the Defendants or the Court to pay for the costs and expenses incurred in connection with providing notice to the Class and the administration of the Settlement after Preliminary Approval. The Settlement Agreement also provides that additional sums, to the extent required for notice and administration, shall not be withdrawn without prior approval of the Court, on good cause shown.

17)    As of the date of this Declaration, JND has billed $308,101.25 for costs and expenses actually and reasonably incurred in connection with our administration of the Settlement.  Factors contributing to the increased cost include the following:

a) **Expedited timeline to analyze Class data, send the Notices by mail and email, and launch the toll-free information line and website with online claim portal.**

- The Court's Order granting preliminary approval of the Settlement was issued May 26, 2022, and JND developed an informational website with an online claim portal that included the ability to upload supporting documents, programmed an emailed Notice campaign, prepared and mailed Notices, drafted and recorded informational messaging on the toll-free line and trained customer service representatives all within 11 days, an aggressive timeline that required additional resources to complete.

- JND also received additional files containing Class Member contact information up through June 3, 2023 only three days before Notices were sent, and the files required analysis and loading to the database as well as addition to the email and mailed Notice campaigns.

b) **High volume of inquiries and claims submitted by third-party filers**.

- Among 12 third-party filers, JND received requests to research lists of clients that included nearly 3,500 individual entities.

- To provide an opportunity to review potential Class Member commerce for any entities that might appear in the Class data, JND reviewed the data to locate any of these entities and share their information with the third-party filers so they could submit claims.

6

- This research took anywhere from half an hour to more than a day to complete for each request depending on how many of the third-party's clients were named in the file.

c) **Voluminous submissions of supporting documentation, including transactional data and purchase ledgers that required line-by-line review to ensure each claimed purchase was of an eligible product, purchased directly from one of the Defendants, and purchased during the Class Period**.

- Nearly 600 files of claim forms and supporting documents were submitted with an estimated total page count of approximately 6,250, as well as 89 spreadsheets of business ledgers and purchase transactions, altogether containing tens of thousands of individual rows of data.

- This data did not arrive in a universal format. It required individual analysis and often involved a back-and-forth exchange with the claimant requesting additional information to decode their method of recordkeeping and determine if each recorded transaction was for an eligible farmed Atlantic salmon product. Most submissions included purchases for ineligible products such as trout, wild salmon, and other fish that had to be adjusted out of the approved commerce value.

d) **Communications with counsel and other Class Member representatives prior to the filing deadline to provide preliminary determinations to enable them to submit sufficient documentation that would support disputed purchase amounts.**

- Many Class Members made purchases during the Class Period worth tens or hundreds of millions of dollars.  Their representatives were highly invested in the outcome of their claims and reached out for regular updates in advance of the claim filing deadline.

- To maximize valid claims and ensure Class Members' confidence in the process and final outcome, JND scheduled and attended numerous conference calls to walk through the claims and documents that had been submitted and inform Class Members and their representatives of any issues that might decrease the value a given claim.

e) **The assignment of senior personnel to complete the document review to ensure the highest level of accuracy when reviewing these claims and making determinations as to whether or not the disputed purchases, often for millions or tens of millions of dollars more than the commerce shown in the Class data, should be approved and in what amount**.

- More complex matters, either with complicated claim forms or many defined requirements that must be proven with supporting documentation, are often processed by higher-level employees with more individualized training.

- JND assigned senior personnel experienced with the review of direct purchaser claims and the types of transactional data that are involved with such matters to ensure that all potentially eligible purchases were included in the final approved value of the claim.

18)     JND estimates that total fees and expenses for notice and claims administration, including the work done thus far and the remaining costs for notifying Class Members with denied claims and distribution of checks to Class Members, will not exceed a total of $365,000.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2023, at Seattle, Washington.

Bronyn Heubach,
Assistant Director, JND Legal Administration

# EXHIBIT A

**Salmon Direct Purchaser Settlement**
c/o JND Legal Administration
P.O. Box 91447
Seattle, WA 98111

# CLAIM FORM

If you are a member of the Settlement Class in this action, you must complete this Claim Form to make your claim for a *pro rata* share of the Settlement Fund.  Settlement Class Members who make a claim will be entitled to receive cash, with the actual amount received depending on the total number of claims received and the volume of commerce represented in those claims.  **Your claim must be submitted by September 23, 2022, or it will not be considered.**

Please visit the "File a Claim" section of **www.SalmonDirectPurchaserSettlement.com** and review the net purchase values attributed to your company for direct purchases of salmon products from the Defendants purchased within the settlement class period.

If you disagree with the volume of commerce, you may submit your own documentation that supports your claimed volume of commerce.  The Claims Administrator will review your claim, and your documentation will be subject to audit.  You may complete your claim online at www.SalmonDirectPurchaserSettlement.com, or you may submit this claim form and any supporting documentation by email to info@SalmonDirectPurchaserSettlement.com or by mail to:

Salmon Direct Purchaser Settlement
c/o JND Legal Administration
P.O. Box 91447
Seattle, WA 98111

## SECTION A: CLASS MEMBER INFORMATION

Enter your company's name and contact information below.  It is your responsibility to notify the Claims Administrator of any changes to your contact information after the submission of your claim.

| | |
|---|---|
| **Company Name:** | |
| **Contact Name:** | |
| **Title:** | |
| **Address Line One:** | |
| **Address Line Two (optional):** | |

| **City:** | **State:** | **Zip code:** |
|---|---|---|
| | | |

| |
|---|
| **Email:** |

# SECTION B: REVIEW NET PURCHASES

After reviewing your commerce values at the Settlement Website, if your own data suggest that a different commerce value is appropriate for any Defendant, enter the values shown by your data below.  If you enter your own commerce values, you must provide supporting documentation such as receipts, invoices, or other payment documents naming the payee and payor.  If you would like to provide structured transactional data from your business records that supplies dates, vendors, and payment information, please contact the Claims Administrator at info@ SalmonDirectPurchaserSettlement.com or 1-877-540-1084.

<u>If you agree with the values of net purchases, you do not need to enter any amounts below, nor do you need to provide supporting documentation</u>.  Simply sign and date this Claim Form and return it to the Claims Administrator on or before September 23, 2022.

**Updated Net Purchases**

| Mowi | Mowi Ducktrap | Cermaq | Lerøy |
|---|---|---|---|
|  |  |  |  |

| SalMar | Ocean Quality/Sjór/ Grieg |
|---|---|
|  |  |

# CERTIFICATION

By signing below, I certify that the above and foregoing information is true and correct, and I warrant that I am duly authorized and have the legal capacity to sign this Claim Form on behalf of the direct purchaser Settlement Class Member.

| Signature: |  | Date: |  |
|---|---|---|---|

2

# EXHIBIT B

**Salmon Direct Purchaser Settlement**
**c/o JND Legal Administration**
**PO Box 91447**
**Seattle, WA 98111**
**www.SalmonDirectPurchaserSettlement.com**
*Toll-free*: 877-540-1084  /  *Email*: info@SalmonDirectPurchaserSettlement.com

**February XX, 2023**
**Unique ID: XXXXXXXXX**

## NOTIFICATION REGARDING CLAIM DETERMINATION

Dear [Class Member]:

We are in receipt of a Claim Form submitted on behalf of [Class Member] in relation to the Salmon Direct Purchaser Settlement, No. 19-21551-CIV-ALTONAGA.  We have reviewed your claim and determined it is approved for the below proven amounts, at least one of which is less than you claimed.

| *Claimed* Mowi | *Claimed* Mowi Ducktrap | *Claimed* Cermaq | *Claimed* Lerøy | *Claimed* SalMar | *Claimed* Ocean Quality/Sjór/Grieg |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| *Proven* Mowi | *Proven* Mowi Ducktrap | *Proven* Cermaq | *Proven* Lerøy | *Proven* SalMar | *Proven* Ocean Quality/Sjór/Grieg |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

The reason(s) for this determination are detailed below.

- The documentation demonstrated the products purchased were not farm-raised Atlantic salmon, or the documentation did not prove that the purchased products were farm-raised Atlantic salmon.

- The documentation did not prove that the products were purchased directly from one or more Defendants.

- The documentation did not prove that the products were purchased during the Class Period (April 10, 2013-May 26, 2022).

- The dispute was based on estimated purchases that were not sufficiently documented.

- The claimed purchases are not eligible under the Settlement.

- The claim was missing valid documentation of your claimed purchases, or the documentation you submitted was not sufficient.

1

If you *agree* with this determination, no response is required.  Your claim will be approved for the proven amounts identified above, and your payment will be calculated on a *pro rata* basis.

If you *disagree* with this determination, you may respond to this letter with additional supporting documentation to cure the issue(s) detailed above.  **Your response must be postmarked on or before [date], 2023**, 45 days from the date of this notification.  You may respond by mail or email using the contact information below.

> Salmon Direct Purchaser Settlement
> c/o JND Legal Administration
> PO Box 91447
> Seattle, WA 98111
> info@SalmonDirectPurchaserSettlement.com

For questions about this notification, please email info@SalmonDirectPurchaserSettlement.com.

Regards,
Settlement Administrator

# EXHIBIT C

**Salmon Direct Purchaser Settlement**
**c/o JND Legal Administration**
**PO Box 91447**
**Seattle, WA 98111**
**www.SalmonDirectPurchaserSettlement.com**
*Toll-free*: **877-540-1084  /  *Email*: info@SalmonDirectPurchaserSettlement.com**

February **[date]**, 2023
Unique ID: **XXXXXXXXXX**

<u>**NOTIFICATION REGARDING DEFICIENT CLAIM**</u>

Dear [Claimant Name]:

We are in receipt of a Claim Form submitted on behalf of [Claimant Name] in relation to the Salmon Direct Purchaser Settlement, No. 19-21551-CIV-ALTONAGA.  We have reviewed your claim and determined it to be deficient as we are unable to identify your entity name on the Class List provided by the Defendants.  Additionally, the claim did not include sufficient documentation to establish membership in the Settlement Class.

The Settlement Class is defined as:

> All persons and entities in the United States, their territories, and the District of Columbia who purchased farm-raised Atlantic salmon or products derived therefrom directly from one or more Defendants from April 10, 2013 until May 26, 2022. Excluded from the Settlement Class are the Court and its personnel and any Defendants and their parents, subsidiaries, or affiliated companies.

The claim will be denied unless you submit documentation that proves the claimant satisfies the above requirements for membership in the Settlement Class.

**Your response must be postmarked on or before [date], 2023**, 45 days from the date of this notification.  You may respond by mail or email using the contact information below.

> Salmon Direct Purchaser Settlement
> c/o JND Legal Administration
> PO Box 91447
> Seattle, WA 98111
> info@SalmonDirectPurchaserSettlement.com

For questions about this notification, please email info@SalmonDirectPurchaserSettlement.com.

Regards,
Settlement Administrator

# EXHIBIT D



**IN RE: FARM-RAISED SALMON AND SALMON PRODUCTS ANTITRUST LITIGATION**
**Case No. 19-21551-CIV-ALTONAGA**
**Exhibit D: Approved Claims**

| JND ID | NAME | TOTAL COMMERCE VALUE |
|---|---|---|
| DKH5MG7UWC | 13TH AVENUE FISH MARKET INC | $ 14,726,723.07 |
| DNGDHYQV9W | A P FISH CO INC | $ 1,235,638.23 |
| DV76KW2UXC | ADELPHIA SEAFOOD | $ 544,927.76 |
| DQJHKD2FXY | ADS SEAFOOD INC | $ 33,128,633.84 |
| DABMZP7S2E | AHOLD USA INC | $ 9,071,099.74 |
| DCW6MV8JPG | ALDI | $ 666,192,216.00 |
| D5EZ9D6FAW | ALL SHORES SEAFOOD BROKERAGE | $ 173,141.88 |
| D8KBRPYC9J | ALOHA SEAFOOD | $ 59,063.57 |
| DU9DMLBSFA | AMAZONFRESH LLC | $ 23,413,784.58 |
| D64AMZKFCU | AQUA BEST LLC | $ 27,077.15 |
| DPMNSR73HD | AQUAGOLD SEAFOOD CO LLC | $ 22,989,687.62 |
| D5HNAZB87D | AQUANOR MARKETING INC | $ 4,297,999.99 |
| DLPFVJUXD2 | ARAMARK | $ 966,998.19 |
| DERP3CK52Y | AROMA INTERNATIONAL INC | $ 23,251.94 |
| DJDYZ2U6PS | ATLANTIC FISHERIES LLC | $ 16,533,257.40 |
| DGEUKPC38J | ATLANTIC TRADING COMPANY LLC | $ 7,891.53 |
| DY3FQNJ5MZ | ATLANTICA IMPORTS INC | $ 6,927,960.32 |
| D8A6FZG7RV | BAILEYS HARBOR FISH COMPANY LLC | $ 47,254.79 |
| DYT62GEZS8 | BANNER SMOKED FISH INC | $ 2,413,412.63 |
| DUS9QATWV6 | BEACON FISHERIES INC. | $ 2,387,955.98 |
| DM3J79XVGW | BEAVER STREET FISHERIES INC | $ 1,469,807.18 |
| DR7VMAEK3T | BENZ'S FOOD PRODUCTS INC | $ 1,970,058.08 |
| DFS7TV634W | BEST FOOD SERVICES INC | $ 345,154.49 |
| DY6CV3WKMB | BEYER LIGHTNING FISH CO INC | $ 36,456,671.67 |
| DSGAMX9Y32 | BIG O SMOKEHOUSE INC | $ 278,612.24 |
| D4FMRW6BE9 | BIRITE FOODSERVICE DISTRIBUTORS | $ 91,872.25 |
| DDN3WH9X8U | BLUE RIBBON FISH CO INC | $ 3,904,340.43 |
| DJZNGR7QXH | BLUE RIVER SEAFOODINC | $ 1,273,664.71 |
| DPR3CHWYLG | BOSTON FISH MARKET | $ 71,967,225.58 |
| DQAP6LEK2G | BOSTON LOBSTER FEAST INC | $ 6,705,068.57 |
| D6KA8CRHWX | BOSTON SWORD & TUNA INC | $ 362,036,445.09 |
| D53Q96MKXC | BRISTOL SEAFOOD | $ 460,311.34 |
| DXPKYM83JW | BUYRITE DISTRIBUTORS | $ 180,825.41 |
| D5GFP4WKTA | C & S | $ 5,522,926.93 |
| D2EAYUWCF4 | CALEB HALEY & CO LLC | $ 59,156,511.99 |
| DPR3G8K42M | CAMBRIDGE PACKING COMPANY | $ 25,823.80 |
| DNC23JKG49 | CAPITAL SEABOARD | $ 3,343,423.77 |
| DE7FTY3LSZ | CAPTAIN ALEX SEAFOOD | $ 359,115.00 |
| DHUYV36S9Z | CAPTAIN BLUE | $ 26,314,623.72 |
| D67FEVX2KU | CATANESE CLASSIC SEAFOODS INC | $ 1,376,644.74 |
| DFTV7WXS9R | CERTI-FRESH FOODS INC | $ 325,101.65 |
| D9BM6K524V | CHANNEL FISH PROCESSING CO INC | $ 3,466,595.35 |
| DYUV5WKC46 | CHESAPEAKE FINE FOOD GROUP LLC | $ 581,102.51 |
| DKGRWV4EPC | CLEVELAND FISH AND SEA FOOD LLC | $ 85,021.44 |
| DWJSHM5Z6N | COSTCO | $ 179,784,374.59 |
| DTPACHXJFL | COUNTRY PRODUCE LLC | $ 1,662,267.44 |
| D3JSV4QT92 | CRAZY FISH INTERNATIONAL LLC | $ 593,636.31 |
| DGTM4Y3VKU | CURTZE FOOD SERVICE | $ 401,639.89 |
| DU3XZLR6D8 | DARDEN DIRECT DISTRIBUTION INC | $ 3,288,862.37 |
| DEQYDNH2TG | DAY LEE FOODS INC | $ 1,704,596.71 |
| DWFB5HG72E | DELHAIZE AMERICA DISTRIBUTION LLC | $ 9,039,348.99 |
| D9L2KMTA4P | DIVERSIFIED MEAT DISTRIBUTORS CO | $ 2,090,281.31 |
| D2S9VR5BEN | DIXON FISHERIES INC | $ 5,788,101.57 |
| DQ564ERUNB | DOCKSIDE MARKETING GROUP LTD | $ 78,546,921.24 |
| DCQ2UAS97N | DONALD G RADER CONSULTING LLC | $ 3,478,214.22 |
| DRZKXP9Y4A | DOUBLE E FOODS (E & E FOODS) | $ 30,511,136.80 |
| DQZ2M4HAWF | E FRANK HOPKINS CO INC | $ 5,039,429.71 |
| DG82XYBHU5 | E.M-E IMPORTS | $ 19,538,256.54 |
| D2K76ZMUJR | EPIC CULINARY DISTRIBUTIONS LLC | $ 1,923,056.30 |
| DF7T9QN42U | EUCLID FISH COMPANY | $ 4,559,598.48 |
| D9ATH2Z4VD | EURO USA INC | $ 12,578,234.67 |
| DRBWFCN9SL | EXCLUSIVE FRESH INC | $ 824,404.23 |
| D7634P2N5G | F AND L SEAFOOD LLC | $ 3,032,380.27 |
| DW2P6E85M9 | F&R GOLDFISH | $ 5,199,583.79 |



**IN RE: FARM-RAISED SALMON AND SALMON PRODUCTS ANTITRUST LITIGATION**
**Case No. 19-21551-CIV-ALTONAGA**
**Exhibit D: Approved Claims**

| JND ID | NAME | TOTAL COMMERCE VALUE | |
|--------|------|:----|---:|
| D85Z39X26A | FABULOUS FISH COMPANY | $ | 278,984.40 |
| DPCGQUY5NL | FARMERS SEAFOOD CO INC | $ | 616,290.00 |
| D2BUE6A4CF | FOREST SEAFOOD INC | $ | 1,122,805.62 |
| DHVRNM6TSG | FORTUNE INTERNATIONAL LLC | $ | 46,535,612.36 |
| DZPDQ2AGTK | FRESH CATCH | $ | 6,039,150.12 |
| DLR6XQ7PC4 | FRESH ISLAND FISH CO INC | $ | 373,795.60 |
| DAY2E84LPQ | G&G SEAFOOD INC. DBA UNIVERSAL SEAFOOD | $ | 46,153,819.80 |
| D85MVTB9L6 | GARDEN & VALLEY ISLE SEAFOOD INC | $ | 1,778,549.29 |
| DW54THQPRD | GIANT EAGLE INC | $ | 7,776,882.04 |
| D2QE49VAL8 | GIANT FOOD STORES LLC | $ | 89,703.60 |
| DKDHRE98VP | GIANT OF MARYLAND LLC | $ | 31,750.75 |
| DX9SPV3E2N | GLOBAL OCEAN TRADING LLC | $ | 2,189,845.65 |
| DLZJC7BKM2 | GLOBAL SEAFOOD WHOLESALE INC | $ | 6,592.03 |
| DPQB2ZJS63 | GOLDEN STATE SEA FOOD INC | $ | 198,791,936.06 |
| DZQYMEX9F2 | GORDON FOOD SERVICE | $ | 8,162,849.41 |
| DXQJA7RCZK | GREAT EASTERN SEAFOOD | $ | 3,337,524.12 |
| D2JEVZ6DGB | GREAT OCEAN INC | $ | 1,441,517.30 |
| DNJHYX36PA | GREENPOINT FISH AND LOBSTER | $ | 134,569.36 |
| DF7WPNYZ5V | GROOMER SEAFOODS OF SAN ANTONIO INC | $ | 258,083.27 |
| DR8XZ6LKPB | H & N FOODS INTERNATIONAL INC | $ | 280,511,772.46 |
| DQUSA7DBNF | HALPERNS' STEAK AND SEAFOOD COMPANY | $ | 16,081,642.65 |
| DZRMLGXBT2 | HANNAFORD | $ | 44,322.08 |
| DANSUD26RQ | HARRIS TEETER INC | $ | 1,198,262.46 |
| D7JWKBCLZH | HIGH LINER FOODS (USA) INCOPORATED | $ | 15,308,893.16 |
| DL7XWRQF2Y | HILO FISH COMPANY INC | $ | 44,024.02 |
| DCKT5EZWHU | INLAND FRESH SEAFOOD | $ | 31,677,519.36 |
| DYJR4WZ5N3 | INTER-MARINE F&S INC | $ | 1,427,426.89 |
| D8B4F3MQXW | ITO INCORPORATED | $ | 18,018,023.39 |
| DUNV53DGRC | J TURNER SEAFOOD | $ | 1,017.21 |
| DMDEUTX6CN | JERRY'S SEAFOOD CONNECTION INC | $ | 685,837.84 |
| DE58DMXUZT | JESS'S MARKET | $ | 9,277.49 |
| DYACUPS8L9 | JETRO CASH & CARRY ENTERPRISES LLC | $ | 171,756,671.25 |
| DYVUHQERNK | JJ MCDONNELL INC | $ | 95,794,716.66 |
| DYR9BUJNC3 | JOHN NAGLE CO | $ | 108,534,233.68 |
| DNY2TBRDVL | JORFANET CORP | $ | 548,431.80 |
| D5LHDPA8FB | JUNGLE JIM'S MARKET INC | $ | 24,362.88 |
| DHRT45DUKJ | K HEEPS | $ | 6,731.04 |
| D4VPMZD3J6 | KANALOA IMPORTS INC | $ | 1,176,171.09 |
| D6B4XC79FU | KGI TRADING INC | $ | 12,707,662.09 |
| DBHRDEYZ2S | LAFONDS FISH MARKET | $ | 979,654.78 |
| DBPVRZ7DXY | LANDLOCKED LLC | $ | 76,290.96 |
| DF9BUZQRWJ | LANDRY'S RESTAURANTS INC | $ | 2,473,828.14 |
| D76GUYZWJ8 | LEGAL SEA FOODS LLC | $ | 317.64 |
| DBC8UHKVJ9 | LEVITTOWN FISH MARKET | $ | 34,904,847.86 |
| DK52VLT7BG | LEWIS MILLS & CO LLC | $ | 8,344,278.60 |
| DP2Q7TE4FA | LIDL US LLC | $ | 65,779,030.30 |
| DUELD5HA2R | LINEAGE LOGISTICS PFS LLC | $ | 1,225.50 |
| DU5VS4XHQW | LOBSTER PLACE INC THE | $ | 5,870,981.16 |
| DGVNRDQ4ML | LOMBARDI'S MARKETPLACE LLC DBA LOMBARDI'S SEAFOOD | $ | 2,059,517.90 |
| DLETQPY4KR | LONESTAR LOBSTER LLC | $ | 59,264.59 |
| DG69SVHWRM | LOUISIANA SEAFOOD EXCHANGE INC | $ | 981,380.11 |
| D9BS6UN7FY | LSG SKY CHEFS LAX | $ | 323,365.42 |
| DRF62D5WB9 | LUSAMERICA FOODS | $ | 723,861,900.34 |
| DS2TGWAEBP | LUSTY LOBSTER | $ | 309,074.31 |
| DZB9X72RWQ | MACKNIGHT SMOKE HOUSE INC | $ | 144,940.80 |
| DQDA8KFT74 | MADISON SEAFOOD INC | $ | 1,367,588.80 |
| DJGYESLAND | MAINES P & FS | $ | 2,668,054.84 |
| D8JM7RD2AW | MARTINEZ PRODUCE & SEAFOOD  INC | $ | 64,588,624.95 |
| DMJDLZBQ6H | MAUI SEAFOOD LLC | $ | 98,822.88 |
| DQNBZWHSV5 | MAYPORT C & C FISHERIES | $ | 172.62 |
| DRQ4D2ETSX | MAZZETTA COMPANY LLC | $ | 3,623,986.00 |
| DRC768FYP4 | MCLANE FOODSERVICE INC | $ | 2,345,187.88 |
| DWFPT2AE74 | MEADOWBROOK MEAT /MBM CORPORATION | $ | 1,725,529.24 |



**IN RE: FARM-RAISED SALMON AND SALMON PRODUCTS ANTITRUST LITIGATION**
**Case No. 19-21551-CIV-ALTONAGA**
**Exhibit D: Approved Claims**

| JND ID | NAME | TOTAL COMMERCE VALUE |
|---|---|---|
| DAE9KPZQHY | MEIJER | $ 8,262,340.53 |
| DY9DK4ZVMQ | MICHAELS FINER MEATS | $ 948,047.04 |
| DN2ZCL54MY | MONARCH SEAFOOD INC | $ 534,845.60 |
| DBNCHXMLJ5 | MOON N SEA FL, LLC | $ 3,805,664.04 |
| DSYXPH3KGW | MOREY'S SEAFOOD INTERNATIONAL LLC | $ 27,218,100.00 |
| DZPJALC63Q | MTV FOODS INC | $ 13,291,641.84 |
| D6LR73GF5V | NATURE'S LAND OF NEW YORK INC | $ 321,105.51 |
| DW5V7SD9YK | NEW ALBERTSON'S LP DBA SHAW'S | $ 1,236,853.16 |
| DX4ZVC8MEJ | NEW WAVE SEAFOOD INC | $ 396,602.06 |
| DZLCYJDBFA | NORTHEAST SEAFOOD PRODUCTS | $ 8,706,931.42 |
| DA6EYSRTH4 | NORTHERN HASEROT | $ 900.00 |
| DZVBA7WKH2 | NORTHERN LAKES SEAFOOD & MEATS | $ 2,327,004.62 |
| DCAEL9U4ZH | OCEAN BEAUTY | $ 49,018,920.48 |
| DV5KMEYBW2 | OCEAN FRESH SEAFOOD | $ 1,768,174.80 |
| DYZEPAHJSM | OCEAN PROVIDENCE LAS VEGAS | $ 8,604,822.87 |
| D2X6P5DS9K | OCEAN SEAFOOD DEPOT INC | $ 727,171.55 |
| D5NCVJ4QW8 | OCEANPRO INDUSTRIES LTD | $ 3,578,504.52 |
| DLJQSZ5D74 | OFF THE DOCK SEAFOOD LLC | $ 344,293.17 |
| DXM46GS5AU | OREGON FISH GUYS INC | $ 49,979,052.15 |
| DGKBUM5SC7 | OREGON LOX COMPANY | $ 53,998.13 |
| DFE934XV7R | PACIFIC AMERICAN FISH CO | $ 491,644,078.20 |
| D9S74MV2WZ | PACIFIC AMERICAN FISH CO. - BOSTON | $ 88,852,719.18 |
| DA3SDGYVKM | PACIFIC FRESH FISH CO | $ 423,017.03 |
| D5HVE6TLJN | PACIFIC GIANT INC | $ 4,458,058.25 |
| DYC4JSF38P | PACIFIC SEAFOOD | $ 188,936,813.66 |
| DZS8J2QE3T | PACIFIC TRADE INTERNATIONAL | $ 16,522,401.50 |
| DSZ2JAGQWE | PALMER FISH CO INC | $ 338,163.75 |
| DQVXZRH4LD | PDI LIMITED | $ 139,989.80 |
| DHGVWFC73P | PENINSULA SEAFOOD OF SAN BRUNO | $ 22,938,235.76 |
| DTUPZ5FQY8 | PERISHABLE DISTRIBUTORS OF IOWA | $ 264,717.00 |
| D3VS9L54JG | PESCANOVA INC | $ 2,249,226.21 |
| DLAJ3XEMZ2 | PESCATORE SEAFOOD CO | $ 17,101.71 |
| DRUWXF3H8T | PETERS FISH MARKET INC. | $ 4,059,039.07 |
| DDBCTRX25L | PFG | $ 14,599,373.83 |
| DGDVUR582A | PIER 7 INC | $ 3,654,977.03 |
| DTHLGBXN2D | PORKY PRODUCTS INC | $ 3,207,686.59 |
| DHT4V6YFP3 | PORTS SEAFOOD INC | $ 9,285,037.07 |
| DN3MHX5YWA | PSF ACQUISITION CO LLC | $ 2,201,787.09 |
| DN9ZUXKEGS | PUBLIX | $ 115,994,943.23 |
| DUDLFEYN3V | RASKIN'S FISH MARKET INC | $ 4,670,881.29 |
| D53ND8GBTF | RAW FINDS LLC DBA TH-SEAFOODS | $ 3,740,926.68 |
| D4BWA5MYRE | RAW SEAFOODS INC | $ 3,508,041.95 |
| DZQ4T-LENGU | RED LOBSTER MANAGEMENT LLC | $ 13,081,886.76 |
| DX4J85BKEF | RELIANT FISH COMPANY | $ 60,575,208.91 |
| DWBUDQF6HP | ROYAL LAGOON SEAFOOD CO INC. | $ 2,435,753.43 |
| DXRZM8BYW9 | SAFEWAY INC | $ 51,099.15 |
| DKBM6S45HN | SALTWATER IMPORTS INC | $ 15,368,927.57 |
| DSK9LBUWMH | SAMAKI INC | $ 13,950,664.44 |
| DU9G6BXQR7 | SAMMY'S SEAFOOD INC | $ 601,718.45 |
| DENZ64KJ73 | SAM'S CLUB | $ 119,817,737.62 |
| DKB8XTEF63H | SAMUELS & SON SEAFOOD | $ 20,658,772.44 |
| DKCWGFL792 | SAN DIEGO SEAFOOD | $ 5,774,918.65 |
| D4SAV93ZKE | SANTA BARBARA FISH MARKET INC | $ 56,578.48 |
| DZY83HWBN5 | SANTA MONICA SEAFOOD | $ 170,939,623.79 |
| DD32ECFGJT | SCHNEIDER FISH | $ 212,521.30 |
| DVHGSAWK5B | SEACLIFF SEAFOODS INC | $ 761,179.18 |
| DCT6R95WKZ | SEACREST SEAFOODS INC | $ 916,106.54 |
| DC3NGMBXPF | SEAFARER'S INC | $ 2,059,475.14 |
| DADH9PJ56U | SEAFOOD EMPORIUM FISH MARKET INC | $ 75,551.25 |
| D4UAVSD65X | SEAFOOD GARDEN | $ 469,716.21 |
| DU46Z8WY95 | SEAFOOD MERCHANTS LLC | $ 169,904.07 |
| DVPQ6MHWSD | SEATTLE FISH COMPANY | $ 37,257,872.87 |
| DBFTXCJNE5 | SHAGALLA INC | $ 28,148.65 |



**IN RE: FARM-RAISED SALMON AND SALMON PRODUCTS ANTITRUST LITIGATION**
**Case No. 19-21551-CIV-ALTONAGA**
**Exhibit D: Approved Claims**

| JND ID | NAME | TOTAL COMMERCE VALUE |
|--------|------|---------------------|
| DYK9PLGM5E | SIERRA GOLD SEAFOOD | $ 166,736.92 |
| DNSCPGBKZE | SLADE GORTON & CO INC | $ 39,163,827.84 |
| DZVFE8Y9HD | SLADE GORTON & CO INC | $ 5,483.86 |
| DRY6WNBX2L | SOUTH PACIFIC SPECIALTIES | $ 45,179,092.81 |
| DXBZJWKC3M | SOUTHWEST SEAFOOD INC | $ 1,504,928.39 |
| DU4NKZJFV9 | SOUTHWIND FOODS LLC | $ 40,276,011.79 |
| D7A38LJGFH | ST PAUL SEAFOOD LLC | $ 104,435.97 |
| DAG5B94WL6 | STAVIS SEAFOOD LLC | $ 12,761,840.06 |
| D9DR4KCBJL | STEVE CONNOLLY SEAFOOD COMPANY INC | $ 2,965,825.32 |
| DZRH2PCTVN | SUNNYVALE SEAFOOD | $ 5,004,599.44 |
| DXS42MUH79 | SUPERIOR FOODS CO | $ 5,112,622.73 |
| DYD2NSF6QJ | SUPERVALU INC | $ 9,327,934.34 |
| DX8QB9ARYM | SUPREME LOBSTER & SEAFOOD | $ 5,418,177.21 |
| DT6RK2AW7F | SUSIE Q FISH CO INC | $ 646,964.08 |
| D6GU8RNAKS | SYSCO | $ 103,145,340.93 |
| DWASDHFU23 | T M TOBIN COMPANY INC | $ 632,332.81 |
| DNLKH5P6AR | TAIYO BOSTON SEAFOOD INC | $ 8,369,777.54 |
| DP8ANQU3T6 | TAMPA BAY FISHERIES INC | $ 27,497,990.83 |
| DQV3Y2ECPZ | TARGET CORPORATION | $ 17,136,396.19 |
| D34528AUYN | THE FISH GUYS | $ 12,829,230.90 |
| D9A4PUELN2 | THE FISHING LINE | $ 1,748,044.74 |
| DYLHGDKASZ | THE GREAT ATLANTIC AND PACIFIC TEA CO. | $ 129,732.77 |
| D7RNJ6V9QL | THE GREAT FISH COMPANY | $ 5,371,133.96 |
| D792DX5MSH | THE HAVEN | $ 1,033.66 |
| D6GLMV5ZTA | THE KROGER CO | $ 92,486,074.44 |
| D8BKCZFG26 | THE MACKNIGHT FOOD GROUP | $ 8,927,380.50 |
| DEPJ2H7WRC | THE SANTA BARBARA SMOKEHOUSE | $ 13,988,476.25 |
| DWPUAJQMLR | THE SEAFOOD MERCHANTS LTD | $ 616,184.83 |
| D6XMECA7GN | THIRD GENERATION | $ 1,223,956.03 |
| DS9DBHNQFZ | TM TOBIN CO INC | $ 75,539,424.65 |
| DPX6JK53HZ | TONY'S FINE FOODS | $ 1,472,484.10 |
| DRFC3VP7KE | TONY'S FISH & SEAFOOD CORP | $ 3,887,609.90 |
| DG2ELM48K5 | TRIDENT SEAFOOD | $ 15,480,195.19 |
| DZFRVTDAUB | TRIGGER SEAFOOD CORP | $ 34,493.07 |
| DGZV3D4BKU | TROPIC FISH HAWAII LLC | $ 290,829.56 |
| DW2JP6L5U7 | TRUE WORLD FOODS COLUMBUS | $ 7,341,011.15 |
| DF5D4THRLY | TWO COUSINS FISH MARKET INC | $ 14,147,637.62 |
| D6DL9V3KQ8 | UNIFIED SEAFOOD CO INC | $ 23,142,482.35 |
| DEJX9HVNMQ | US FOODS INC | $ 20,454,003.13 |
| DASV49XU2R | VITA FOOD PRODUCTS INC | $ 5,582,343.91 |
| DQ73HPYS8R | WAKEFERN FOOD CORP. | $ 8,273,876.27 |
| DY2EHQCVDT | WALMART | $ 313,981,751.17 |
| DSTVCMH67Z | WASHINGTON SEA FOODS INC | $ 7,953,939.96 |
| DL92RQPZSY | WD SEAFOOD LLC | $ 149,146.81 |
| DRSHMDQBA3 | WEGMANS FOOD MARKETS INC | $ 10,955,614.47 |
| DYWPGT8S5N | WEIS MARKETS INC | $ 279,505.12 |
| D7VR3Z4HX8 | WEST BAY SEAFOOD COMPANY INC | $ 29,154,099.67 |
| DL2ZMQDJ93 | WEST CENTRAL PRODUCE | $ 2,055,112.10 |
| DYSMHF3N94 | WEST COAST FISHERIES CORPPORATION | $ 5,629,169.44 |
| D562Z9MTUR | WEST SIDE FOODS INC | $ 99,010.20 |
| DRBWQ6HYV4 | WESTERN UNITED FISH CO | $ 93,148,744.13 |
| DANMKP6JZ8 | WESTPORT LOBSTER COMPANY | $ 88,897.65 |
| DH5KYF6Q47 | WHITE ROSE ACCOUNTING GROUP | $ 18,581.64 |
| DV7B3NSXMR | WHOLE FOODS MARKET | $ 19,163,644.31 |
| DQBM2L3TP7 | WOODSMOKE PROVISIONS LLC | $ 23,618.19 |
| DSHYE7C2FK | YAMA SEAFOOD INC | $ 8,032,228.99 |
| DAW9UNT5PR | YOUNG OCEAN INC | $ 13,321,715.54 |
| **Totals:** | **247** | **$ 6,535,252,667.12** |